Julie J. Villalobos, SBN263382
**OAKTREE LAW**
10900 183rd Street, Suite 270
Cerritos, CA 90703
Telephone: (562)741-3938
Fax Number: (888) 408-2210

Attorney for Debtor Ultimate Brands, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>**Ultimate Brands, Inc.,**<br><br>　　Debtor. | ) Case No 8:19-bk-12516-TA<br>)<br>) STATUS REPORT<br>)<br>)<br>)<br>) Date: 8/7/2019<br>) Time: 10:00 a.m.<br>) Place: 411 W Fourth St., Santa Ana CA 92701<br>) Courtroom 5B<br>)<br>) |

A.  Ultimate Brands, Inc. ("<u>Debtor</u>") debtor and debtor-in-possession herein, is a parent company for Ultimate Franchises, Inc. and 2UltimateBrands, Inc. The source of revenue for Debtor is operations of 5 locations of 18/8 Salons and Franchisee royalties from approximately 49 Franchisee locations.

　　Debtor does not own any real property. Debtor has accounts receivables from the franchisees in the estimated sum of $800,000.00 as of the date of filing, final numbers are being calculated for revision and review. Debtor values it's stock interest in Ultimate Franchises, Inc. at an estimated $1,500,000.00. Debtor currently has $1,000.00 in cash on hand (petition listed $30,000.00 in error),

$3,000.00 in bank account assets, and approximately $660,000.00 in inventory, supplies, furnishings and IP.

Debtor has secured liabilities in an approximate amount of $800,000.00, with the largest secured creditor being 660 BVD LLC in an approximate amount of $528,047.32. Schedules are being amended to reflect the secured claims per UCC financing statements. Debtor has no priority tax debt. Debtor's unsecured claims are in an approximate amount of $5,622,796.29.

B.   1. Debtor's filing was precipitated by pending lawsuits, cash flow issues, and issues with certain franchisees.

2. Debtor hopes to reorganize the estate and pay off all secured creditors through the sale of the assets of the business and/or post-petition Debtor in Possession (DIP) financing.

3. The principal disputes will be Debtor obtaining investors for DIP financing and Debtor being able to successfully negotiate and pay off secured lenders.

4. Debtors has hired a firm to navigate the DIP financing and is filing an application to employ the advising firm. Debtor hopes by having an experienced firm in this area Debtor can expedite the payoff of secured creditors and obtain funds to reorganize operations and the estate.

5. Debtor is not in compliance with the Office of the United States Trustee. Debtor still needs to submit its June Monthly Operating Report for the period of 06/28/2019 through 06/30/2019, and it is working on drafting that. Debtor also still has outstanding compliance issues on its 7 day package and is confident these will all be addressed prior to the status conference hearing.

6. 660 BVD LLC claims a cash collateral interest in the operations of the Debtor. Debtor is seeking to stipulate to short term cash collateral use with 660 BVD LLC and anticipates filing a cash collateral motion with a full budget and the corresponding stipulation prior to the status conference.

7. Debtor has been using post-filing cash collateral and has been advised to cease such use until the stipulation and cash collateral motion are granted.

C.   An Application to Employ Julie J. Villalobos, Oaktree Law, as general bankruptcy counsel,

was filed July 12, 2019. The motion was served on the Office of the United States Trustee. Notice of said Motion was also served on all creditors. An Order will follow after the requisite opposition period.

    An Application to Employ the financial advising firm is in the process of being approved for filing by the Debtor and will be filed and served prior to the status conference date.

    D.  Operating Case, please see attached cash flow and financial statements from Debtor's business, labeled as Exhibit 1 hereto.

    E.  Debtor will seek a claims bar date of October 15, 2019. Debtor anticipates the objection to claims deadline will be November 15, 2019.

    F.  Debtors anticipate a Plan and Disclosure Statement Deadline of January 31, 2020.

    G.  Debtors do not have unexpired leases or executory contracts.

    H.  Debtor is not an individual.

Dated: 7/24/19

Respectfully Submitted,

_____
Julie J. Villalobos,
Attorney for Debtor

BK-11 consolidated proformas through 12/31/19

| | 7/22/2019 | 7/23/2019 | 7/24/2019 | 7/25/2019 | 7/26/2019 | 7/29/2019 | 7/30/2019 | 7/31/2019 | 8/1/2019 | 8/2/2019 | 8/5/2019 | 8/6/2019 | 8/7/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash from franchisee settlements | | | | | | | | | | | | | |
| Revenues - stores | $ 8,000 | $ 16,000 | $ 16,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 16,000 | $ 16,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 12,000 | $ 12,000 |
| DIP financing | | | | | | | | | | | | | |
| Cash from investments | | | | | | $ 250,000 | | | | | | | |
| Awards/Resales | | | | | | | | | | | | | |
| Revenues - royalties | | | | | | | | | | | | | |
| Cash | $ 8,000 | $ 16,000 | $ 16,000 | $ 8,000 | $ 8,000 | $ 258,000 | $ 16,000 | $ 16,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 12,000 | $ 12,000 |
| Outflow | | | | | | | | | | | | | |
| -Merchant cash advance | | | | | | | | | | | | | |
| Products/Misc. | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 1,000 | $ 1,000 | $ 1,000 |
| Rents | | | $ 10,000 | | | | $ 11,000 | | | | | | |
| Legal | | | | | | | $ 15,000 | | | | | | |
| Payroll | | | | | $ 5,000 | $ 70,000 | $ 10,000 | | | | | | |
| Taxes | | | | | | | $ 15,000 | | | | | | |
| Loans/Settlements/Carpenter | | | | | | | | | | $ 30,000 | | | |
| 1099 | | | | | | | | | | | $ 20,000 | | |
| Expenses | $ 500 | $ 500 | $ 10,500 | $ 500 | $ 5,500 | $ 70,500 | $ 51,500 | $ 500 | $ 500 | $ 30,500 | $ 21,000 | $ 1,000 | $ 1,000 |
| Net cash | $ 7,500 | $ 15,500 | $ 5,500 | $ 7,500 | $ 2,500 | $ 187,500 | $ (35,500) | $ 15,500 | $ 7,500 | $ (22,500) | $ (13,000) | $ 11,000 | $ 11,000 |
| Cumulative cash | $ 14,500 | $ 30,000 | $ 35,500 | $ 43,000 | $ 45,500 | $ 231,150 | $ 195,650 | $ 211,150 | $ 218,650 | $ 196,150 | $ 144,450 | $ 155,450 | $ 166,450 |

| | 8/8/2019 | 8/9/2019 | 8/12/2019 | 8/13/2019 | 8/14/2019 | 8/15/2019 | 8/16/2019 | 8/19/2019 | 8/20/2019 | 8/21/2019 | 8/22/2019 | 8/23/2019 | 8/26/2019 | 8/27/2019 | 8/28/2019 | 8/29/2019 | 8/30/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ 8,000 | $ 8,000 | $ 8,000 | $ 13,000 | $ 13,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 13,000 | $ 13,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 13,000 | $ 13,000 | $ 8,000 | $ 8,000 |
| | | $ 250,000 | | | | | | | | | | | | | | | |
| | | $ 75,000 | | | | | | | | | | | | | | | |
| | $ 8,000 | $ 333,000 | $ 8,000 | $ 13,000 | $ 13,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 13,000 | $ 13,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 13,000 | $ 13,000 | $ 8,000 | $ 8,000 |
| | | | | | | | | | | | | | | | | | |
| | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| | | $ 25,000 | | | | | | | | | | $ 15,000 | | | | | $ 11,000 |
| | | $ 5,000 | $ 80,000 | $ 5,000 | | | | | | | | $ 10,000 | $ 80,000 | $ 25,000 | | | |
| | | | | $ 15,000 | | | | $ 15,000 | | | | | | | | | |
| | | | | | | $ 20,000 | | | | | | | | $ 10,000 | | | |
| | $ 1,000 | $ 31,000 | $ 81,000 | $ 21,000 | $ 1,000 | $ 21,000 | $ 1,000 | $ 16,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 26,000 | $ 81,000 | $ 36,000 | $ 1,000 | $ 1,000 | $ 12,000 |
| | $ 7,000 | $ 302,000 | $ (73,000) | $ (8,000) | $ 12,000 | $ (13,000) | $ 7,000 | $ (8,000) | $ 12,000 | $ 12,000 | $ 7,000 | $ (18,000) | $ (73,000) | $ (23,000) | $ 12,000 | $ 7,000 | $ (4,000) |
| | $ 173,450 | $ 475,450 | $ 424,450 | $ 416,450 | $ 428,450 | $ 415,450 | $ 422,450 | $ 437,050 | $ 449,050 | $ 461,050 | $ 468,050 | $ 450,050 | $ 407,650 | $ 384,650 | $ 396,650 | $ 403,650 | $ 399,650 |

| | September | | | | October | | | | November | | | | December | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $ 60,000 | | | | $ 60,000 | | | | | | | | | | |
| $ 52,000 | $ 52,000 | $ 52,000 | $ 53,000 | $ 53,000 | $ 53,000 | $ 56,000 | $ 60,000 | $ 60,000 | $ 45,000 | $ 50,000 | $ 80,000 | $ 90,000 | $ 50,000 |
| | | | | | | | | | | | | | |
| | | | $ 80,000 | | | | | | | $ 95,000 | | | |
| $ 80,000 | | | | | | | $ 90,000 | | | | | | |
| $ 132,000 | $ 52,000 | $ 112,000 | $ 193,000 | $ 53,000 | $ 53,000 | $ 146,000 | $ 60,000 | $ 60,000 | $ 45,000 | $ 145,000 | $ 80,000 | $ 90,000 | $ 50,000 |
| | | | | | | | | | | | | | |
| $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 |
| 26,000 | | | 37,000 | | | 37,000 | | | | 37,000 | | | |
| 15,000 | | | 15,000 | | | 15,000 | | | | 15,000 | | | |
| 90,000 | | 90,000 | 85,000 | 85,000 | | 85,000 | 110,000 | | | 95,000 | | 120,000 | |
| 15,000 | | 15,000 | 15,000 | 15,000 | | 7,500 | 15,000 | | | 10,000 | | 15,000 | |
| 15,000 | | | 15,000 | | | 15,000 | | | | 15,000 | | | |
| 58,000 | | | 58,000 | | | 58,000 | | | | 56,000 | | | |
| $ 224,000 | $ 5,000 | $ 110,000 | $ 230,000 | $ 105,000 | $ 5,000 | $ 222,500 | $ 130,000 | $ 5,000 | $ 5,000 | $ 231,500 | $ 3,500 | $ 138,500 | $ 3,500 |
| $ (92,000) | $ 47,000 | $ 2,000 | $ (37,000) | $ (52,000) | $ 48,000 | $ (76,500) | $ (70,000) | $ 55,000 | $ 40,000 | $ (86,500) | $ 76,500 | $ (48,500) | $ 46,500 |
| $ 307,650 | $ 354,650 | $ 356,650 | $ 366,650 | $ 422,650 | $ 470,650 | $ 394,150 | $ 379,150 | $ 449,150 | $ 419,150 | $ 332,650 | $ 409,150 | $ 360,650 | $ 407,150 |
| | $ 403,650 | | $ 474,650 | | | | | | | | | | |

| In re:<br>**Ultimate Brands Inc**<br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **8:19-bk-12516-TA** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10900 183rd StreetSuite 270 Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): __**STATUS CONFERENCE REPORT**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**7/24/2019**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com

- Michael J Hauser michael.hauser@usdoj.gov

- Andy Kong Kong.Andy@ArentFox.com

- Eric A Mitnick MitnickLaw@aol.com, mitnicklaw@gmail.com

- Douglas M Neistat dneistat@gblawllp.com, mramos@gblawllp.com

- Ernie Zachary Park ernie.park@bewleylaw.com

- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

- Julie J Villalobos julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com

- Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

- Ryan D Zick rzick@ppplaw.com, kstewart@ppplaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __**7/24/2019**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**United States Bankruptcy Court
Ronald Reagan Federal Bldg & Crthse
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/24/2019 | Julie J. Villalobos 263382 | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012            **9013-3.1.PROOF.SERVICE**

| In re: Ultimate Brands Inc | CHAPTER **11** |
|---|---|
| Debtor(s). | CASE NUMBER **8:19-bk-12516-TA** |

**2. SERVED BY UNITED STATES MAIL**:
Debtor Name: Ultimate Brands Inc
Address: 30821 Seminole Pl Laguna Niguel, CA 92677

Office of the U.S. Trustee, Region 16
411 W 4th St #7160
Santa Ana, CA 92701

**600 Anton Boulevard**
C/o Three Town Center
3315 Fairview Rd
Costa Mesa, CA 92626
(39674306)
(cr)

**660 BVD LLC**
Price Postel and Parma
200 E Carrillo St Floor 4
Santa Barbara, CA 93101
(39648872)
(cr)

**Applegate**
c/o Dillon Gerardi
5872 Owens Ave Ste 200
Carlsbad, CA 92008
(39648873)
(cr)

**Avitus**
PO BOX 2506
Billings, MT 59103
(39648874)
(cr)

**BLD Capital**
20377 SW Acacia St Floor 2
Newport Beach, CA 92660
(39648875)
(cr)

**BLD Capital, LLC**
Garcia Rainey Blank &
Bowerbank LLP
695 Town Center Dr #700
Costa Mesa, CA 92626
(39648876)
(cr)

**Centerpointe Group LLC**
c/o FitzGerald Yap Kreidtor LLP
2 Park Plaza Ste 850
Irvine, CA 92614
(39648877)
(cr)

**Curtis Loeb**
c/o Evan Goldman
101 Eisenhower Pkwy Ste 412
Roseland, NJ 07068
(39648879)
(cr)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: **Ultimate Brands Inc** Debtor(s). | CHAPTER **11** CASE NUMBER **8:19-bk-12516-TA** |
|---|---|

**Curtis Loeb**
c/o David Gurnick
16633 Ventura Blvd #1100
Encino, CA 91436

(39648878)
(cr)

**Dillon Gerardi**
5872 Owens Ave Ste 200
Carlsbad, CA 92008

(39648880)
(cr)

**DJ Bunce Assoc Inc**
c/o Global Legal Law Firm
380 Stevens Ave Ste 311
Solana Beach, CA 92075

(39648881)
(cr)

**Dwight Teske and Joan Teske**
Aristocratic Salons Inc
c/o Ghilezan Law Firm
1801 Century Park E Ste 2400
Los Angeles, CA 90067

(39648882)
(cr)

**Equity Residential Management**
27105 Silver Oak Lane
Canyon Country, CA 91387

(39674307)
(cr)

**Franchise Tax Board**
Bankruptcy, PIT MS A340
PO BOX 2952
Sacramento, CA 95812

(39648883)
(cr)

**Griffiths Organization**
30821 Seminole Pl
Laguna Niguel, CA 92677

(39648884)
(cr)

**Haktan Yasar Kilic**
Nordean Law Group
245 Fischer Ave Ste D1
Costa Mesa, CA 92626

(39648885)
(cr)

**Happy Rock**
560 Sylvan Ave Ste 3030
Englewood Cliffs, NJ 07632

(39648886)
(cr)

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

(39648887)
(cr)

**John Shaw and Midori Shaw**

(39648889)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: **Ultimate Brands Inc** Debtor(s). | CHAPTER **11** CASE NUMBER **8:19-bk-12516-TA** |
|---|---|

c/o Garner & Ginsburg PA  (cr)
43 Main Street SE Suite 500
Minneapolis, MN 55414

**John Shaw and Midori Shaw**
Shipshape Coll of Fitchburg  (39648888)
David Gurnick  (cr)
Encino, CA 91436

**Michael Patterson, Wheatstrong Ent**
Dady & Gardner PA
5100 IDS Center  (39648890)
80S 8th St  (cr)
Minneapolis, MN 55402

**Orchard Lake Forest CA LP**
Greene, Fidler & Chaplan, LLP
2719 Wilshire Blvd Floor 2  (39648891)
Santa Monica, CA 90403  (cr)

**Regency Centers**
c/o Global Legal Law Firm
380 Stevens Ave Ste 311  (39648892)
Solana Beach, CA 92075  (cr)

**Regency Centers LP**
Bewley Lassleben & Miller, LLP
13215 E. Penn Street, Ste. 510  (39648893)
Whittier, CA 90602  (cr)

**Regency Property Management**
17662 Irvine Blvd # 5  (39674308)
Tustin, CA 92780  (cr)

**RHVT**
3131 E Camelback Rd Ste 202  (39674309)
Phoenix, AZ 85016  (cr)

**Schottenstein property group**
4300 E 5th Ave  (39674310)
Columbus, OH 43219  (cr)

**Scott Griffiths**
30821 Seminole Pl  (39648894)
Laguna Niguel, CA 92677  (cr)

**William Harter and Monica Harter**  (39648895)
Help the One Inc

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                   F 9013-3.1

| In re: | | CHAPTER **11** |
|---|---|---|
| **Ultimate Brands Inc** Debtor(s). | | CASE NUMBER **8:19-bk-12516-TA** |

c/o Ghilezan Law Firm  (cr)
1801 Century Park E Ste 2400
Los Angeles, CA 90067

**William Harter and Monica Harter**
Help the One Inc
c/o Franchise Legal Support  (39648896)
30700 Russell Ranch Rd Ste 250  (cr)
Thousand Oaks, CA 91362

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1