DAVID M. BLAU (MI P52542)
Clark Hill PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 988-1817
Fax (248) 988-2336
dblau@clarkhill.com
Attorneys for LIPT North Scottsdale Road, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ULTIMATE BRANDS, INC.<br><br>                Debtor | Case No. 8:19-bk-12516-TA<br><br>Chapter 7<br><br>**STIPULATION REGARDING ALLOWANCE OF POST-PETITION RENT AND ADMINISTRATIVE EXPENSE CLAIM IN FAVOR OF LIPT NORTH SCOTTSDALE ROAD, LLC** |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This stipulation is entered to between Richard A. Marshack ("Trustee"), in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Ultimate Brands, Inc. ("Debtor"), on the one hand, and LIPT North Scottsdale Road, LLC ("Landlord"), on the other hand. Trustee and Landlord are collectively referred to as the "Parties."

**Recitals**

A. On June 28, 2019, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code ("Petition Date").

B. The Debtor was the tenant under an unexpired non-residential real property lease ("Lease") for property located at 23217 North Scottsdale Rd., Scottsdale, AZ 85255.

C. Trustee was appointed the Chapter 11 Trustee on August 8, 2019.

D. On August 22, 2019, Trustee filed an emergency motion to convert the case to Chapter 7.

E.  On August 29, 2019 ("Conversion Date"), the Court entered an order converting the case to Chapter 7.

F.  On October 22, 2019, the Court's entered an order authorizing the rejection of the Lease, effective as of October 3, 2019 ("Rejection Date").

G.  The Trustee has reviewed supporting documentation provided by Landlord and has no objection to the allowance of the pre-conversion rent due and owing pursuant to applicable sections of the Bankruptcy Code in favor of Landlord in the amount of $8,960.66 as an administrative priority claim for unpaid post-petition, pre-conversion rent, and $8,960.66 as a general unsecured claim for post-conversion unpaid rent due and owing through the effective date of rejection.

H.  To clarify, the amount of Landlord's administrative rent claim for the period from the Petition Date to the Conversion Date is $8,960.66. The amount of Landlord's general unsecured claim from the Conversion Date to the Rejection Date is $8,960.66.

WHEREFORE, the Parties stipulate as follows:

1.  Landlord is granted an allowed claim in the amount of $17,921.32. $8,960.66 of said $17,921.32 shall be treated as a Chapter 11 administrative claim and $8,960.66 shall be treated as a general unsecured claim;

2.  Landlord retains the right to file a lease rejection damages proof of claim which may contain a claim for unpaid pre-petition rent and charges owing and a claim for lease rejection damages; and

3.  Landlord shall be solely responsible for the preparation of the order allowing its administrative rent claim.

Dated: January __16__, 2020            MARSHACK HAYS LLP

By: _____
D. EDWARD HAYS
TINHO MANG
Attorneys for Chapter 7 Trustee,
Richard A. Marshack

Dated: January __17__, 2020

CLARK HILL PLC

By: _____/s/ David M. Blau_____
DAVID M. BLAU
Attorneys for LIPT North
Scottsdale Road, LLC

STIPULATION REGARDING ALLOWANCE OF CLAIM
IN FAVOR OF LIPT NORTH SCOTTSDALE ROAD, LLC

ClarkHill\57605\313823\222801618.v6-1/16/20