DAVID M. BLAU (MI P52542)
Clark Hill PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
(248) 988-1817
Fax (248) 988-2336
dblau@clarkhill.com
Attorneys for LIPT North Scottsdale Road, LLC



**FILED & ENTERED**

**JAN 21 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jeramus DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ULTIMATE BRANDS, INC.<br><br>        Debtor | Case No. 8:19-bk-12516-TA<br><br>Chapter 7<br><br>**ORDER APPROVING ALLOWANCE OF POST-PETITION RENT AND ADMINISTRATIVE EXPENSE CLAIM IN FAVOR OF LIPT NORTH SCOTTSDALE ROAD, LLC**<br><br>**Re: Docket #316**<br><br>[No hearing required] |

**ORDER APPROVING ALLOWANCE OF POST-PETITION RENT AND ADMINISTRATIVE EXPENSE CLAIM IN FAVOR OF LIPT NORTH SCOTTSDALE ROAD, LLC**

This matter having come before the Court on the parties' Stipulation Regarding Allowance Of Post-Petition Rent and Administrative Expense Claim In Favor Of LIPT North Scottsdale Road, LLC (the "Stipulation") and the Court being otherwise advised, it is

ORDERED that the stipulation is approved.

IT IS FURTHER ORDERED THAT LPT North Scottsdale Road, LLC is hereby granted an allowed claim in the amount of $17,921.32, $8,960.66 shall be treated as a Chapter 11 administrative claim and $8,960.66 shall be treated as a general unsecured claim.

IT IS FURTHER ORDERED THAT LPT North Scottsdale Road, LLC retains the right to file a

//

1

ORDER APPROVING ALLOWANCE OF POST-PETITION RENT AND ADMINSTRATIVE EXPENSE CLAIM
IN FAVOR OF LIPT NORTH SCOTTSDALE ROAD, LLC

ClarkHill\57605\313823\222888161.v2-1/17/20

lease rejection damages proof of claim which may contain a claim for unpaid pre-petition rent and charges owing and a claim for lease rejection damages.

###

Date: January 21, 2020

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge