| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RICHARD A. MARSHACK<br>rmarshack@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone:  (949) 333-7777<br>Facsimile:  (949) 333-7778<br><br>Chapter 7 Trustee<br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - **SANTA ANA DIVISION**

| In re:<br>ULTIMATE BRANDS, INC.,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-12516-TA<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): __01/08/2020__  Movant(s) filed a motion or application (Motion) entitled:  Trustee's Application to Employ Jordan River Associates LLC [Dk. 312]

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): __01/08/2020__  Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than __17__ days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 01/28/2020

/s/ Richard A. Marshack
Signature

RICHARD A. MARSHACK
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                              Page 2                         F 9013-1.2.NO.REQUEST.HEARING.DEC

EXHIBIT 1

1  RICHARD A. MARSHACK
   rmarshack@marshackhays.com
2  MARSHACK HAYS LLP
   870 Roosevelt
3  Irvine, CA 92620
   Telephone: (949) 333-7777
4  Facsimile: (949) 333-7778

5  Chapter 7 Trustee

6

7

8               UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11 | In re                              | Case No. 8:19-bk-12516-TA
12 | ULTIMATE BRANDS, INC,               | Chapter 7
13 |                                     | APPLICATION BY CHAPTER 7
14 |              Debtor.                | TRUSTEE TO EMPLOY JORDAN RIVER
   |                                     | ASSOCIATES, LLC AS CONSULTANT;
15 |                                     | DECLARATION OF BRYAN
   |                                     | GUADAGNO IN SUPPORT
16 |                                     | [NO HEARING REQUIRED]

17

18

19 TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE,

20 THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED

21 PARTIES:

22      Richard A. Marshack, in his capacity as the Chapter 7 Trustee ("Trustee") for the bankruptcy

23 estate ("Estate") of Ultimate Brands, Inc. ("Debtor"), respectfully submits this application

24 ("Application") for entry of an order authorizing the employment of Jordan River Associates, LLC

25 ("Jordan River") as Trustee's consultant ("Consultant") in this case pursuant to 11 U.S.C. § 327.

26      In support of this Application, the Trustee respectfully represents as follows:

27      The Trustee requires the assistance of Consultant to, among other things, investigate,

28 analyze, and advise him regarding prospective sale opportunities of the Debtor's assets.

1
APPLICATION TO EMPLOY CONSULTANT

**EXHIBIT 1**
**Page 3**

## A.    Background Information

On June 28, 2019 ("Petition Date"), Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy case number 8:19-bk-12516-TA in the United States Bankruptcy Court for the Central District of California.

On July 16, 2019, as Dk. No. 15, the United States Trustee filed a motion to dismiss or convert the case under 11 U.S.C. § 1112(b).

On August 8, 2019, as Dk. No. 57, the Court entered an order directing, *sua sponte*, the U.S. Trustee to appoint a Chapter 11 trustee.

On August 8, 2019, as Dk. No. 58, the United States Trustee filed a notice of appointment, appointing Richard A. Marshack (previously defined as "Trustee") as the Chapter 11 trustee.

On August 9, 2019, as Dk. No. 66, the Court entered an order appointing the Trustee as the Chapter 11 trustee.

On August 22, 2019 as Dk. No. 85, Trustee filed an emergency motion to convert the case to Chapter 7 ("Conversion Motion").

On August 29, 2019 as Dk. No. 98, the Court entered an order granting the Conversion Motion ("Conversion Order"). The Trustee, Richard A. Marshack, was reappointed as Chapter 7 Trustee.

On September 9, 2019, as Dk. No. 120, the Trustee filed a motion to operate the Debtor's business under 11 U.S.C. § 721.

## B.    18|8 Fine Men's Salon

Pre-petition, Debtor was operating five men's salons known as 18|8 Fine Men's Salon as well as operating as franchisor for more than 20 franchise locations.

Trustee determined that the possible assets include: the marketable interest in the name 18|8, goodwill, trademark, intellectual property, and the Estate's interest in franchise agreements (collectively, the "Assets").

Upon his appointment Trustee consulted with Adam Meislik of Force Ten Partners to investigate and sell the Assets. After spending a day of due diligence, Mr. Meislik advised that the Estate should employ Jordan River, who had previously provided consulting services to the Debtor.

APPLICATION TO EMPLOY CONSULTANT

**EXHIBIT 1**
**Page 4**

1  Trustee has since worked with Jordan River to investigate and analyze the market for the sale
2  of the Assets.

3  **C.   Requirements for Application to Employ Professional**

4  Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure ("FRBP") and
5  Rule 2014-1 of the Local Bankruptcy Rules ("LBR"), there follows a summary of the proposed
6  employment of the Firm. Should the Office of the United States Trustee, the Court, or any party in
7  interest request additional information, the Firm will provide a supplemental declaration prior to any
8  hearing on this Application

9  **1.   FRBP 2014 and LBR 2014-1(b)**

10  Pursuant to LBR 2014-1(b)(1)(A), "[a]n application seeking approval of employment of a
11  professional person pursuant to 11 U.S.C. §§ 327, 328, 1103(a), or 1114 must comply with the
12  requirements of FRBP 2014 and 6003(a) and be filed with the court. The application must specify
13  unambiguously whether the professional seeks compensation pursuant to 11 U.S.C. § 328 or
14  11 U.S.C. § 330."

15  Pursuant to LBR 2014-1(b)(3)(B), the Notice of the Application must also "[s]tate whether
16  the professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C. § 330."

17  The Trustee seeks to employ Consultant pursuant to 11 U.S.C. § 327 and Consultant will
18  seek compensation pursuant to 11 U.S.C. §§ 330 and 331.

19  A copy of this Application will be served on the Office of the United States Trustee.

20  **a.   FRBP 2014 and LBR 2014-1(b)(3)(A) - Reasons for the**
21  **Selection.**

22  In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy Procedure,
23  LBR 2014-1(b)(3)(A) provides that the Notice of the Application must "[s]tate the identity of the
24  professional and the purpose and scope for which it is being employed" (emphasis added).

25  The Trustee believes that Consultant is well-qualified to render the requested professional
26  services to the Estate. Consultant has extensive experience in financial advising, investment banking
27  and distressed transactions.

28

**EXHIBIT 1**
**Page 5**

The biography and resume of Jordan River's representative, Bryan Guadagno, is attached as **Exhibit 1** to the Declaration of Bryan Guadagno (the "Guadagno Declaration").

### b.    FRBP 2014 and LBR 2014-1(b)(3)(A) - Professional Services to be Rendered.

In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy Procedure, LBR 2014-1(b)(3)(A) provides that the Notice of the Application must "[s]tate the identity of the professional and the purpose and scope for which it is being employed" (*emphasis added*).

In this case, the Trustee requires assistance of Consultant to among other things, investigate, analyze, and advise him regarding prospective sale opportunities of the Debtor's assets.

### c.    FRBP 2014 and LBR 2014-1(b)(3)(C) - Proposed Arrangement Compensation.

In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy Procedure, LBR 2014-1(b)(3)(C) provides that the Notice of the Application must "[d]escribe the arrangements for compensation, including the hourly rate of each professional to render services, source of the fees, the source and amount of any retainer, the date on which it was paid, and any provision regarding replenishment thereof[.]"

In consideration for such services, subject to further application and Court order, Consultant will receive, upon consummation of a sale, a commission in an amount equal to 10% of the purchase price and reimbursement of costs, provided that the Estate nets at least such like amount. Consultant has been informed and understands that no sale of the Assets may be consummated until after a notice to creditors with the opportunity for a hearing as well as a Court order.

Consultant will be compensated from assets of the Estate, if any, and will not be compensated absent the Estate's receipt or recovery of such assets. Consultant has received no retainer for the services to be performed in this case, and has agreed that no retainer will be paid.

Consultant understands that its compensation in this case is subject to approval by the Bankruptcy Court. In compliance with 11 U.S.C. §§ 330 and 331, the Firm intends to file interim and final applications for allowance of fees and reimbursement of costs as and when appropriate.

APPLICATION TO EMPLOY CONSULTANT

**EXHIBIT 1**

**Page 6**

1       Consultant has advised the Trustee that he has not shared or agreed to share any

2 compensation to be received by it in this case with any other person.

3           **d.**       **FRBP 2014 - Firm's Connections and Associations.**

4       Except as disclosed herein and to the best of the Consultant's knowledge, Consultant has no

5 any connection with Debtor's attorneys or accountants, Debtor's creditors, or any other party in

6 interest, or their respective attorneys or accountants.

7       Based on the foregoing, the Trustee believes that Consultant is a "disinterested person"

8 within the meaning of Bankruptcy Code § 101(14).

9       Consultant does not have an interest adverse to the Debtor or the bankruptcy Estate. As of the

10 Petition Date, Consultant was not a creditor of the Estate and was not owed any funds by Debtor.

11       Consultant has agreed to waive any pre-petition claims against the Debtor.

12       **2.**       **LBR 2014-1(b)(1)(B) – Disinterestedness of the Firm.**

13       Pursuant to LBR 2014-1(b)(1)(B), "The application must be accompanied by a declaration

14 of the person to be employed establishing disinterestedness or disclosing the nature of any interest

15 held by such person." The Guadagno Declaration submitted with this Application provides

16 information establishing the Consultant's disinterestedness.

17 / / /

18

19 / / /

20

21 / / /

22

23

24

25

26

27

28

**EXHIBIT 1**

**Page 7**

**D.    Conclusion**

WHEREFORE, the Trustee requests that it be authorized to employ Jordan River as consultant to the Estate pursuant to 11 U.S.C. §327, on the terms and conditions set forth herein, with any compensation and reimbursement of costs to be paid by the Estate only upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

DATED: January 3, 2020

Respectfully submitted,

By: _/s/ Richard A. Marshack_____ ____
RICHARD A. MARSHACK
Chapter 7 Trustee for the Bankruptcy Estate of
Ultimate Brands, Inc.

# Declaration of Bryan Guadagno

I, BRYAN GUADAGNO on behalf of JORDAN RIVER ASSOCIATES, LLC, say and declare as follows:

1.     I am an individual over 18 years of age and competent to make this Declaration.

2.     I make this Declaration in support of the Application of Chapter 7 Trustee to Employ Jordan River Associates, LLC as Consultant ("Application") filed by Richard A. Marshack. the Chapter 7 Trustee ("Trustee") for the Bankruptcy Estate ("Estate") of Ultimate Brands, Inc. ("Debtor").

3.     If called as a witness, I could and would competently testify to the following of my own personal knowledge.

4.     The Trustee has asked that I serve as his consultant in connection with the administration of the Estate. I am well-qualified to do so.  I have more than ten years of experience in financial advising, investment banking and distressed transactions.

5.     My biography and resume are attached as **Exhibit 1** and incorporated by this reference.

6.     I have not received a retainer for the services that it will perform in this matter.

7.     I understand that my compensation in this case is subject to approval of this Court pursuant to 11 U.S.C. §§ 327, 330, and 331.

8.     I have not shared or agreed to share any compensation to be received in the case with any other person.

9.     To the best of my knowledge, I have no connection with Debtor or Debtor's attorneys or accountants, Debtor's creditors, or any other outside party in interest, or their respective attorneys or accountants.

10.     I am not and was not an investment banker for any outstanding security of the Debtor.

11.     I have not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of Debtor.

**EXHIBIT 1**

**Page 9**

1    12.    I am not and was not, within two (2) years before the date of the filing of Debtor's

2 petition, a director, officer or employee of the Debtor or of any investment banker for any security

3 of Debtor.

4    13.    As of the Petition Date, I was not a creditor of the Estate, an equity security holder,

5 or an insider of Debtor. I have no pre-petition claim against Debtor's Estate and was not owed any

6 funds by Debtor.

7    14.    I neither hold nor represents any interest materially adverse to the interest of the

8 Estate or of any class of creditors or equity security holders, by reason of any direct or indirect

9 relationship to, connection with, or interest in, Debtor or an investment banker for any security of

10 Debtor, or for any other reason.

11    15.    To the best of my knowledge, I have no connection to any judge of the United States

12 Bankruptcy Court for the Central District of California, the United States Trustee, or any person

13 currently employed in the Office of the United States Trustee.

14    16.    I do not have an interest adverse to Debtor or the bankruptcy Estate.

15    17.    Based on the foregoing, the Trustee believes that I am a "disinterested person"

16 within the meaning of Bankruptcy Code § 101(14).

17    I declare under penalty of perjury that the foregoing is true and correct. Executed on

18 7-Jan-2020 , at Austin , Texas.

19    _Bryan Guadagno_
    BRYAN GUADAGNO

20

21

22

23

24

25

26

27

28

APPLICATION TO EMPLOY CONSULTANT

**EXHIBIT 1**
**Page 10**

EXHIBIT 1

EXHIBIT 1
Page 11

(732) 829 0418

bjguadagno@gmail.com

# BRYAN GUADAGNO

Bryan Guadagno is a data-driven Senior Executive and Consultant with more than 10 years of success across the financial services, hedge fund, management consulting, and wealth management industries. Leveraging extensive experience in financial leadership for client centric organizations, he is a valuable asset for startup to established, small-scale to mid-cap companies requiring expert assistance with corporate structure, growth strategy, business planning, operational strategy, or capital raising. His areas of expertise include financial analysis, financial management, financial structuring, networking, entrepreneurship, business development, project management, underwriting, investments, real estate investment, alternative investments, fundraising, negotiations, and lending.

Throughout his executive career, Bryan has held leadership positions with organizations including Young America Capital, Gallant Brands, Inc., which does business as Original Soupman, Digital Mobile Social, Jordan River Associates, and qplum along with key roles at RMK Maritime Capital, and Valeo Financial Advisors LLC. He is currently director of investment banking at Young America Capital where he specializes in Consumer Goods and retail, among other verticals. Prior to that, he served as consultant at Gallant Brands, Inc., a company that was an acquisition out of bankruptcy. He served as an advisor to select Soupman, Inc. (of Seinfeld fame) stakeholders through the bankruptcy process, ultimately helping to negotiate and acquire the assets of the company in a transaction worth $6.7M (public record). While with Soupman, Bryan successfully salvaged the brand's retail store count while repairing several damaged relationships.  While with qplum, he led institutional business development for the firm, which to that point, focused a predominant amount of its resources on marketing its A.I. and machine learning based portfolios to individual investors. In his role as Co-Founder and Managing Partner with Jordan River Associates, Bryan has led a range of financial projects for key clients and personal investment. During his tenure as Investment Banking Analyst and Shipping Market Analyst with RMK Maritime Capital, he structured $20-$500 million credit and equity investments for ship owner and private equity clients. He started the non-profit Be That Kid Foundation which holds the license for Lemonade Day Brooklyn, a youth entrepreneurship program for children grades k-8. The program squeezes lemons into dollars while teaching today's youth to become the business leaders, social advocates, community volunteers and forward-thinking citizens of tomorrow...one lemonade stand at a time!

Bryan attained his BS in Finance from Indiana University and is a CERTIFIED FINANCIAL PLANNER™ Certificant. As an experienced board and advisory board member, Bryan has held positions with organizations including the New York Chapter of the Indiana University Alumni Association, Young Shipping Professionals of New York, Big Brothers Big Sisters of Central Indiana, Lemonade Day Indianapolis, and Brackets for Good.

EXHIBIT 1
Page 9

EXHIBIT 1
Page 12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify): **TRUSTEE'S APPLICATION TO EMPLOY CONSULTANT; DECLARATION OF BRYAN GUADAGNO IN SUPPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **January 7, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL:**
On  ⌐, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE**
**08/13/19**
**DEBTOR**
ULTIMATE BRANDS INC
30821 SEMINOLE PL
LAGUNA NIGUEL, CA 92677-2456

☐    Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  ⌐, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2020 | Pamela Kraus | /s/  Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** continued:

- Andrew K Alper     aalper@frandzel.com, rsantamaria@frandzel.com
- Dana M Andreoli     dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- Keith Patrick Banner     kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Frank Cadigan     frank.cadigan@usdoj.gov
- Caroline Djang     caroline.djang@bbklaw.com,
  evelyn.gomez@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- Timothy W Evanston     tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Norma V Garcia     ngarciaguillen@garciarainey.com
- Michael J Hauser     michael.hauser@usdoj.gov
- M. Jonathan Hayes     jhayes@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- D Edward Hays     ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Joshua J Herndon     jherndon@attorneygl.com, pcuevas@attorneygl.com
- Nicholas S Kanter     nkanter@lewitthackman.com
- Andy Kong     Kong.Andy@ArentFox.com
- Tinho Mang     tmang@marshackhays.com, 8444806420@filings.docketbird.com
- Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com
- Robert S Marticello     Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Eric A Mitnick     MitnickLaw@aol.com, mitnicklaw@gmail.com
- Douglas M Neistat     dneistat@gblawllp.com, mramos@gblawllp.com
- Ernie Zachary Park     ernie.park@bewleylaw.com
- Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Jeremy H Rothstein     jrothstein@gblawllp.com, mramos@gblawllp.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Julie J Villalobos     julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
- Larry D Webb     Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood     dwood@marshackhays.com, 8649808420@filings.docketbird.com
- Ryan D Zick     rzick@ppplaw.com, kstewart@ppplaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

EXHIBIT 1
Page 14

EXHIBIT 2

RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No. 8:19-bk-12516-TA |
|---|---|
| ULTIMATE BRANDS, INC, | Chapter 7 |
| Debtor. | NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY JORDAN RIVER ASSOCIATES, LLC AS CONSULTANT |
| | [NO HEARING REQUIRED] |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE,

THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED

PARTIES:

   PLEASE TAKE NOTICE that Richard A. Marshack, in his capacity as the Chapter 7 Trustee

("Trustee") for the bankruptcy estate ("Estate") of Ultimate Brands, Inc. ("Debtor"), has filed an

application ("Application") for entry of an order authorizing the employment of Jordan River

Associates, LLC ("Jordan River") as Trustee's consultant ("Consultant") in this case pursuant to

11 U.S.C. § 327.

   The Trustee requires the assistance of Consultant to, among other things, investigate,

analyze, and advise him regarding prospective sale opportunities of the Debtor's assets.

1    On June 28, 2019 ("Petition Date"), Debtor filed a voluntary petition under Chapter 11 of

2 Title 11 of the United States Code, initiating bankruptcy case number 8:19-bk-12516-TA in the

3 United States Bankruptcy Court for the Central District of California.

4    On August 8, 2019, as Dk. No. 58, the United States Trustee filed a notice of appointment,

5 appointing Richard A. Marshack as the Chapter 11 trustee.

6    On August 29, 2019 as Dk. No. 98, the Court entered an order granting the Conversion

7 Motion. The Trustee was reappointed as Chapter 7 Trustee.

8    On September 9, 2019, as Dk. No. 120, the Trustee filed a motion to operate the Debtor's

9 business under 11 U.S.C. § 721.

10    Pre-petition, Debtor was operating five men's salons known as 18|8 Fine Men's Salon as well

11 as operating as franchisor for more than 20 franchise locations.

12    Trustee determined that the possible assets include: the marketable interest in the name 18|8,

13 goodwill, trademark, intellectual property, and the Estate's interest in franchise agreements

14 (collectively, the "Assets").

15    Upon his appointment Trustee consulted with Adam Meislik of Force Ten Partners to

16 investigate and sell the Assets. After spending a day of due diligence, Mr. Meislik advised that the

17 Estate should employ Jordan River, who had previously provided consulting services to the Debtor.

18    Trustee has since worked with Jordan River to investigate and analyze the market for the sale

19 of the Assets.

20    In consideration for such services, subject to further application and Court order, Consultant

21 will receive, upon consummation of a sale, a commission in an amount equal to 10% of the purchase

22 price and reimbursement of costs, provided that the Estate nets at least such like amount.  Consultant

23 has been informed and understands that no sale of the Assets may be consummated until after a

24 notice to creditors with the opportunity for a hearing as well as a Court order.

25    Consultant will be compensated from assets of the Estate, if any, and will not be

26 compensated absent the Estate's receipt or recovery of such assets. Consultant has received no

27 retainer for the services to be performed in this case, and has agreed that no retainer will be paid.

28

1    Consultant understands that its compensation in this case is subject to approval by the

2  Bankruptcy Court. In compliance with 11 U.S.C. §§ 330 and 331, the Firm intends to file interim

3  and final applications for allowance of fees and reimbursement of costs as and when appropriate.

4    Consultant has advised the Trustee that he has not shared or agreed to share any

5  compensation to be received by it in this case with any other person.

6    The complete scope and terms of the employment are detailed in the Application a copy of

7  which can be obtained by contacting Richard A. Marshack at the address indicated above.

8    **PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the

9  proposed employment must be in the form as required by Local Bankruptcy Rules 2014-1(b), 9013-

10  1(f) and (o) and filed with the Clerk of the above-entitled Court.  The deadline for any response and

11  request for hearing is 14 days after the date of service of this Notice, plus an additional 3 days unless

12  this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  A

13  copy of any response or request for hearing must be served on Richard A. Marshack at the address

14  indicated above.  A copy must also be served on the Office of the United States Trustee, 411 W.

15  Fourth Street, Suite 7160, Santa Ana, California 92701.  Failure to timely respond may be deemed as

16  acceptance of the proposed relief.  See Local Bankruptcy Rules 9013-1(h).

17

18   DATED: January 7, 2020            Respectfully submitted,

19

20                                By:  /s/ Richard A. Marshack
                                RICHARD A. MARSHACK
21                                Chapter 7 Trustee for the Bankruptcy Estate of
                                Ultimate Brands, Inc.

3

NOTICE OF APPLICATION TO EMPLOY CONSULTANT

**EXHIBIT 2**
**Page 17**

5000-460

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY CONSULTANT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **January 7, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL:**
On  _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2020 | Pamela Kraus | /s/  Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

EXHIBIT 2
Page 18

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** continued:

- Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
- Dana M Andreoli    dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Caroline Djang    caroline.djang@bbklaw.com,
  evelyn.gomez@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- Timothy W Evanston    tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Norma V Garcia    ngarciaguillen@garciarainey.com
- Michael J Hauser    michael.hauser@usdoj.gov
- M. Jonathan Hayes    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Joshua J Herndon    jherndon@attorneygl.com, pcuevas@attorneygl.com
- Nicholas S Kanter    nkanter@lewitthackman.com
- Andy Kong    Kong.Andy@ArentFox.com
- Tinho Mang    tmang@marshackhays.com, 8444806420@filings.docketbird.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Robert S Marticello    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Douglas M Neistat    dneistat@gblawllp.com, mramos@gblawllp.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Jeremy H Rothstein    jrothstein@gblawllp.com, mramos@gblawllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com
- Ryan D Zick    rzick@ppplaw.com, kstewart@ppplaw.com

2. **SERVED BY UNITED STATES MAIL:** continued:

| | | |
|---|---|---|
| **DEBTOR - MAIL REDIRECTED TO TRUSTEE 08/13/19**<br>ULTIMATE BRANDS INC<br>30821 SEMINOLE PL<br>LAGUNA NIGUEL, CA 92677-2456 | **20 LARGEST CREDITOR**<br>APPLEGATE<br>C/O DILLON GERARDI<br>5872 OWENS AVE STE 200<br>CARLSBAD, CA 92008-5518 | **20 LARGEST CREDITOR**<br>AVITUS<br>PO BOX 2506<br>BILLINGS, MT 59103-2506 |
| **20 LARGEST CREDITOR / POC ADDRESS**<br>AVITUS<br>175 N 27TH ST, STE 800<br>BILLINGS, MT 59101 | **20 LARGEST CREDITOR**<br>BLD CAPITAL<br>20377 SW ACACIA ST FLOOR 2<br>NEWPORT BEACH, CA 92660-0780 | **20 LARGEST CREDITOR**<br>BLD CAPITAL, LLC<br>GARCIA RAINEY BLANK &<br>BOWERBANK LLP<br>695 TOWN CENTER DR #700<br>COSTA MESA, CA 92626-7187 |
| **20 LARGEST CREDITOR / SECURED CREDITOR**<br>CENTERPOINTE GROUP LLC<br>C/O FITZGERALD YAP KREIDTOR LLP<br>2 PARK PLAZA STE 850<br>IRVINE, CA 92614-2521 | **20 LARGEST CREDITOR**<br>CURTIS LOEB<br>C/O DAVID GURNICK<br>16633 VENTURA BLVD #1100<br>ENCINO, CA 91436-1865 | **20 LARGEST CREDITOR**<br>CURTIS LOEB<br>C/O EVAN GOLDMAN<br>101 EISENHOWER PKWY STE 412<br>ROSELAND, NJ 07068-1055 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.OF.SERVICE

EXHIBIT 2
Page 19

**20 LARGEST CREDITOR**
DILLON GERARDI
5872 OWENS AVE STE 200
CARLSBAD, CA 92008-5518

**20 LARGEST CREDITOR**
DJ BUNCE ASSOC INC
C/O GLOBAL LEGAL LAW FIRM
380 STEVENS AVE STE 311
SOLANA BEACH, CA 92075-2069

**20 LARGEST CREDITOR**
DWIGHT TESKE AND JOAN TESKE
ARISTOCRATIC SALONS INC
C/O GHILEZAN LAW FIRM
1801 CENTURY PARK E STE 2400
LOS ANGELES, CA 90067-2326

**20 LARGEST CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**20 LARGEST CREDITOR / POC ADDRESS**
GRIFFITHS ORGANIZATION
30821 SEMINOLE PL
LAGUNA NIGUEL, CA 92677-2456

**20 LARGEST CREDITOR**
HAKTAN YASAR KILIC
NORDEAN LAW GROUP
245 FISCHER AVE STE D1
COSTA MESA, CA 92626-4539

**20 LARGEST CREDITOR / POC ADDRESS**
HAPPY ROCK MERCHANT
SOLUTIONS LLC
560 SYLVAN AVE STE 3030
ENGLEWOOD CLIFFS, NJ 07632-3181

**20 LARGEST CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**20 LARGEST CREDITOR**
JOHN SHAW AND MIDORI SHAW
SHIPSHAPE COLL OF FITCHBURG
DAVID GURNICK, LEWITT
HACKMAN
16633 VENTURA BLVD, FL 11
ENCINO, CA 91436

**20 LARGEST CREDITOR**
JOHN SHAW AND MIDORI SHAW
C/O GARNER & GINSBURG PA
43 MAIN STREET SE SUITE 500
MINNEAPOLIS, MN 55414-1049

**20 LARGEST CREDITOR**
MICHAEL PATTERSON,
WHEATSTRONG ENT
DADY & GARDNER PA
5100 IDS CENTER
80S 8TH ST
MINNEAPOLIS, MN 55402-2100

**20 LARGEST CREDITOR**
REGENCY CENTERS
C/O GLOBAL LEGAL LAW FIRM
380 STEVENS AVE STE 311
SOLANA BEACH, CA 92075-2069

**20 LARGEST CREDITOR / POC ADDRESS**
SCOTT GRIFFITHS
30821 SEMINOLE PL
LAGUNA NIGUEL, CA 92677-2456

**20 LARGEST CREDITOR**
WILLIAM HARTER AND MONICA
HARTER
HELP THE ONE INC
C/O FRANCHISE LEGAL SUPPORT
30700 RUSSELL RANCH RD STE 250
THOUSAND OAKS, CA 91362-9507

**20 LARGEST CREDITOR**
WILLIAM HARTER AND MONICA
HARTER
HELP THE ONE INC
C/O GHILEZAN LAW FIRM
1801 CENTURY PARK E STE 2400
LOS ANGELES, CA 90067-2326

**SECURED CREDITOR**
MAXIM COMMERCIAL CAPITAL
LLC LLC
11620 WILSHIRE BLVD STE 540
LOS ANGELES, CA 90025-1778

**FRANCHISEE**
ANDREW HULSE
12063 ELM CREEK BLVD N
MAPLE GROVE, MN 55369

**FRANCHISEE**
ASH SETH
2825A PFINGSTEN ROAD
GLENVIEW, IL 60026

**FRANCHISEE**
CHRIS BROWN
3110 VANDERCAR WAY
CINCINNATI, OH 45209

**FRANCHISEE**
CRAIG HOWARD
18|8 AT PLAZA ANTONIO
22361 ANTONIO PKWY, SUITE E130
RANCHO SANTA MARGARITA, CA
92688

**FRANCHISEE**
DAVID FLOYD
143 UNIVERSITY AVENUE
WESTWOOD, MA 02090

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

EXHIBIT 2
Page 20

**RTD 10/17/19 UTF**
**FRANCHISEE**
DAVID KLEIN
101 TOWN CENTER LANE, SUITE
A-121
KELLER, TX 76248

**FRANCHISEE**
GEOFFREY SAMPSON
10543 4S COMMONS DRIVE,
SUITE 176
SAN DIEGO CA 92127

**FRANCHISEE**
JENNIFER THAUBERGER
1301 HERR LANE, SUITE 160
LOUISVILLE, KY 40222

**FRANCHISEE**
KARA DAVIDSON AND SAMER
ALAMI
15 FIESTA LANE
LAFAYETTE, CA 94549

**FRANCHISEE**
KRISTINE GIVENS
314 YORKTOWN SHOPPING
CENTER
LOMBARD, IL 60148

**FRANCHISEE**
MARK RAVENSCRAFT
1245 N. ROSELLE ROAD
SCHAUMBURG IL 60193

**FRANCHISEE**
PLEZCO, INC
SKIP & NANCY PLESNARSKI
305 BROOKHAVEN AVE, SUITE
1140
ATLANTA, GA 30319

**FRANCHISEE**
TOM TERRY
1835 NEWPORT BLVD, SUITE D-
150
COSTA MESA CA 92627

**FRANCHISEE**
DAVID SCHLOCKMAN
4787 PGA BLVD
PALM BEACH GARDENS FL 33418

**FRANCHISEE**
JEFF EGGERT
120 S. HOUGH STREET
BARRINGTON, IL 60010

**RTD 10/28/19 UTF**
**FRANCHISEE**
JOE O'BRIEN
62 SECOND AVENUE
BURLINGTON, MA 01803

**FRANCHISEE**
KEITH AND NATASHA BLANCO
7949 WALNUT HILL LANE, SUITE 125
DALLAS, TX 75230

**FRANCHISEE**
MARIETTA AND DARRIN MORRIS
1311 JOHNSON FERRY RD., SUITE 204
MARIETTA GA 30068

**RTD 09/17/19 UTF**
**FRANCHISEE**
MONICA AND WOOD HARTER
18|8 THE ORCHARD
23626 EL TORO ROAD, SUITE C
LAKE FOREST, CA 92630

**RTD 10/24/19 UTF**
**FRANCHISEE**
STEVE NORDEEN
16345 CLEVELAND STREET, SUITE B
REDMOND WA 98052

**FRANCHISEE**
ERICH & DAWN HERMAN
12898 WEST BLUEMOUND ROAD
ELM GROVE, WI 53122

**FRANCHISEE**
JEFF FORNEY
1763 FREEDOM DRIVE, SUITE 109
NAPERVILLE, IL 60563

**FRANCHISEE**
JOHN MICHAEL STERN
2025 HUGHES LANDING BLVD.,
SUITE 700
THE WOODLANDS, TX 77380

**FRANCHISEE**
KENN STEARNS
20 PINE STREET
NEW YORK, NY 10005

**FRANCHISEE**
MARINA & JOSE GARCIA
11745 INTERSTATE HWY 10, SUITE
400
SAN ANTONIO, TX 78230

**RTD 12/13/19 UTF**
**FRANCHISEE**
PETROS BOYADZHYAN
6250 TOPANGA CANYON BLVD.,
SUITE 1515
WOODLAND HILLS, CA 91367

**RTD 11/11/19 UTF**
**FRANCHISEE**
SUSAN HAWKINS
14550 CLAY TERRACE BLVD, SUITE
155
CARMEL IN 46032

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.OF.SERVICE

EXHIBIT 2
Page 21

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/28/2020 ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/28/2020 ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert – via personal delivery
U.S. Bankruptcy Court
411 W. Fourth Street, #5-097
Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/28/2020 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 3                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

- Andrew K Alper     aalper@frandzel.com, rsantamaria@frandzel.com
- Dana M Andreoli     dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- Keith Patrick Banner     kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- David M Blau     dblau@clarkhill.com
- Frank Cadigan     frank.cadigan@usdoj.gov
- Caroline Djang     caroline.djang@bbklaw.com,
  evelyn.gomez@bbklaw.com;sansanee.wells@bbklaw.com
- Timothy W Evanston     tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Norma V Garcia     ngarciaguillen@garciarainey.com
- Michael J Hauser     michael.hauser@usdoj.gov
- M. Jonathan Hayes     jhayes@rhmfirm.com,
  roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- D Edward Hays     ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Joshua J Herndon     jherndon@attorneygl.com, pcuevas@attorneygl.com
- Nicholas S Kanter     nkanter@lewitthackman.com
- Andy Kong     Kong.Andy@ArentFox.com
- Tinho Mang     tmang@marshackhays.com, 8444806420@filings.docketbird.com
- Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com
- Robert S Marticello     Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Eric A Mitnick     MitnickLaw@aol.com, mitnicklaw@gmail.com
- Douglas M Neistat     dneistat@gblawllp.com, mramos@gblawllp.com
- Ernie Zachary Park     ernie.park@bewleylaw.com
- Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Jeremy H Rothstein     jrothstein@gblawllp.com, mramos@gblawllp.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Julie J Villalobos     julie@oaktreelaw.com,
  oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
- Larry D Webb     Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood     dwood@marshackhays.com, 8649808420@filings.docketbird.com
- Ryan D Zick     rzick@ppplaw.com, kstewart@ppplaw.com