1  D. EDWARD HAYS, #162507
ehays@marshackhays.com
2  DAVID A. WOOD, #272406
dwood@marshackhays.com
3  TINHO MANG, #322146
tmang@marshackhays.com
4  MARSHACK HAYS LLP
870 Roosevelt
5  Irvine, California 92620
Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK
8

9            UNITED STATES BANKRUPTCY COURT

10     CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11

12  | In re | Case No. 8:19-bk-12516-TA |

13  ULTIMATE BRANDS, INC.,     Chapter 7

14                            TRUSTEE'S OPPOSITION TO
                              AMENDED MOTION FOR
15       Debtor.              SANCTIONS FILED BY HARTER
                              PARTIES
16
                              Hearing:
17                            Date:      February 11, 2020
                              Time:      11:00 a.m.
18                            Ctrm:      5B
                              Address:   411 W. Fourth Street, Santa
19                            Ana, CA 92701

20  TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY COURT

21  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

22  PARTIES:

23        The law firm Marshack Hays LLP, counsel of record to Richard A. Marshack ("Trustee"), in

24  his capacity as Chapter 7 trustee of the bankruptcy estate ("Estate") of Ultimate Brands, Inc.

25  ("Debtor") respectfully submits this response to the *amended* motion for sanctions under FRBP 9011

26  ("Sanctions Motion") filed by contingent, unliquidated creditors William Harter, Monica Harter, and

27  Help the One, Inc. ("Harter Parties").

28

1. **Opposition**

Undersigned counsel has reviewed the amended motion for sanctions filed by the Harter Parties on January 21, 2020, as Dk. No. 318. Prior to January 21, 2020, undersigned counsel was never served with a copy of the filed *amended* motion for sanctions, and was not given an opportunity to review the effect of the Harter Parties' amendments to the motion for sanctions.

A motion for sanctions under FRBP 9011(c) "may not be filed with or presented to the court unless, within 21 days after service of the motion… the challenged paper, claim, defense, contention, allegation, or denial is not withdrawn or appropriately corrected." Fed. R. Bankr. Proc. 9011(c)(1)(A). This 21-day "safe harbor period is mandatory." *Truesdell v. S. Cal. Permanente Medical Group*, 293 F.3d 1146, 1152-53 (9th Cir. 2002).

For all of the reasons stated in the prior opposition to the Harter Parties' prior, un-amended motion for sanctions, the amended motion should be denied as well. A copy of the prior opposition is attached as Exhibit "1" and the arguments therein incorporated by reference herein. In brief, the request for sanctions should be denied for the following reasons:

1) Trustee and his professionals enjoy broad quasi-judicial immunity from suit in connection with their official duties, including the lodgment of an order where parties cannot agree on the final form of order.

2) The *mandatory* safe harbor period of FRBP 9011(c) has not been complied with in this case. As the withdrawal of the Trustee's notice of lodgment serves no function, as the Court has entered its order and mooted any request to withdraw, no sanctions may be issued under FRBP 9011(c).

Dated:  January 28, 2020                    MARSHACK HAYS LLP


                                            By:   */s/ Tinho Mang*
                                                  D. EDWARD HAYS
                                                  DAVID A. WOOD
                                                  TINHO MANG
                                                  Attorneys for Chapter 7 Trustee,
                                                  RICHARD A. MARSHACK

TRUSTEE'S OPPOSITION TO AMENDED MOTION FOR SANCTIONS
4825-0816-5040, v. 2

EXHIBIT "1"

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  DAVID A. WOOD, #272406
   dwood@marshackhays.com
3  TINHO MANG, #322146
   tmang@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, California 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK
8

9              UNITED STATES BANKRUPTCY COURT

10        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11

12  In re                                Case No. 8:19-bk-12516-TA

13                                       Chapter 7
    ULTIMATE BRANDS, INC.,
14                                       TRUSTEE'S OPPOSITION TO MOTION
                                         FOR SANCTIONS FILED BY HARTER
15           Debtor.                     PARTIES

16                                       [NO HEARING REQUESTED BY
                                         MOVANT]
17

18  TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY COURT

19  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

20  PARTIES:

21       The law firm Marshack Hays LLP, counsel of record to Richard A. Marshack ("Trustee"), in

22  his capacity as Chapter 7 trustee of the bankruptcy estate ("Estate") of Ultimate Brands, Inc.

23  ("Debtor") respectfully submits this response to the motion for sanctions under FRBP 9011

24  ("Sanctions Motion") filed by contingent, unliquidated creditors William Harter, Monica Harter, and

25  Help the One, Inc. ("Harter Parties").

26  **1.    Summary of Response**

27       Even after the Court orally denied the Harter Parties' request for monetary sanctions at the

28  hearing on December 17, 2019, the Harter Parties filed its previously-served motion for sanctions

---

TRUSTEE'S OPPOSITION TO MOTION FOR SANCTIONS
4825-0816-5040, v. 2

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 2 of 30

1  dealing with the same subject matter. At issue is a proposed order lodged by Trustee's counsel after

2  all parties failed to reach agreement as its form. The lodged order contained language preserving the

3  issue raised by the Harter Parties. Even though the Court entered the alternative proposed order

4  lodged by the Harter Parties that contained additional detail about the preserved issue, Trustee's

5  counsel did not violate Rule 9011. The original lodged order was well-grounded in fact and was

6  supported by counsel for 660 BVD, LLC that also attended the hearing. For the reasons already

7  stated by the Court at the last hearing and below, the motion for sanctions should be denied.

8  **2.  Procedural History**

9       On June 28, 2019, Debtor filed a voluntary petition for bankruptcy under Chapter 11 of Title

10  11 of the United States Code.

11       On October 11, 2019, as Dk. No. 173, the Trustee filed a motion to approve a cash collateral

12  stipulation ("Cash Collateral Stipulation Motion") between himself and 660 BVD, LLC ("660

13  BVD"), the senior secured creditor holding a blanket lien on all assets of the Debtor.

14       On October 22, 2019, as Dk. No. 196, the Harter Parties filed an opposition to the Cash

15  Collateral Stipulation Motion.

16       On November 5, 2019, the Court held a hearing on the Cash Collateral Stipulation Motion.

17       After the parties were unable to reach a consensus regarding the form of order granting the

18  Cash Collateral Stipulation Motion, on November 19, 2019, as Dk. No. 236, the Trustee filed a

19  notice of lodgment, enclosing a proposed form of order which was approved by 660 BVD but not the

20  Harter Parties.

21       On November 26, 2019, as Dk. No. 243, an opposition to the notice of lodgment was filed by

22  the Harter Parties. Included in the opposition was a request for *sua sponte* sanctions under FRBP

23  9011.

24       On December 3, 2019, as Dk. No. 257, the Harter Parties filed another pleading requesting

25  that the Court issue monetary sanctions against the Trustee and his counsel in connection with a

26  motion to conduct a public auction of the Debtor's assets.

27       On December 5, 2019, as Dk. No. 269, the Court entered an order granting the Cash

28  Collateral Stipulation Motion.

TRUSTEE'S OPPOSITION TO MOTION FOR SANCTIONS

4825-0816-5040, v. 2

1    Also, on December 5, 2019, the Trustee received in the mail a copy of a motion for sanctions

2    under FRBP 9011, accompanied by a demand letter that the Trustee immediately withdraw the

3    notice of lodgment and pay monetary sanctions to the Harter Parties.

4    At the sale hearing on December 17, 2019, the Harter Parties orally requested a ruling on

5    their requests for sanctions, reasoning that the sanctions were necessary to deter the Trustee from the

6    behavior to which the Harter Parties were complaining. The Court stated that the requests for

7    sanctions as against the Trustee and his counsel were specifically denied.

8    Nonetheless, on December 31, 2019, as Dk. No. 296, the Harter Parties filed the motion

9    (previously defined as "Sanctions Motion") that was served on the week of December 5, 2019,

10    requesting the imposition of monetary sanctions against Trustee's counsel and counsel for 660 BVD

11    in connection with the lodgment of the proposed order granting the Cash Collateral Stipulation.

12    **3.    Legal Argument**

13    **A.    The Trustee and his attorneys enjoy broad quasi-judicial immunity**

14    **from suit.**

15    "Bankruptcy trustees are entitled to broad immunity from suit when acting within the scope

16    of their authority and pursuant to court order." *Harris v. Wittman (In re Harris)*, 590 F.3d 730, 743

17    (9th Cir. 2009) (quoting *Bennett v. Williams*, 892 F.2d 822, 823 (9th Cir. 1989)); *see, e.g., Nilsen v.*

18    *Neilson (In re Cedar Funding, Inc.)*, 419 B.R. 807, 823 (B.A.P. 9th Cir. 2009). A bankruptcy trustee

19    enjoys quasi-judicial immunity for "those functions essential to the authoritative adjudication of

20    private rights to the bankruptcy estate." *Curry v. Castillo (In re Castillo)*, 297 F.3d 940, 951 (9th Cir.

21    2002). A trustee "is immune for actions that are functionally comparable to those of judges, i.e.,

22    those functions that involve discretionary judgment." *Id.* at 947 (citing *Antoine v. Byers & Anderson,*

23    *Inc.*, 508 U.S. 429, 436 (1993)). The justification for derived or quasi-judicial immunity is that when

24    bankruptcy trustees perform "actions that are functionally comparable to those of judges, i.e., those

25    functions that involve discretionary judgment," they should be entitled to judge-like immunity. *See*

26    *Balser v. U.S. Department of Justice*, 327 F.3d 903, 909 (9th Cir. 2003). "The doctrine of judicial

27    immunity also applies to court approved attorneys for the trustee." *Harris*, 590 F.3d at 742 (9th Cir.

28    2009).

4825-0816-5040, v. 2

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 4 of 30

1    The Harter Parties request sanctions against Trustee's counsel in connection with the filing of

2 a notice of lodgment of a proposed form of order. When objecting parties have a disagreement as to

3 the proposed form of order and the parties cannot come to a consensus, the procedure provided by

4 the Local Bankruptcy Rules is that a notice of lodgment be filed, with objecting parties given the

5 opportunity to raise their own concerns and lodge an alternative proposed order.

6    In this case, it would be an absurd result to impose sanctions against Trustee's counsel for

7 following the proper procedure to resolve an objection to proposed form of order as between 660

8 BVD and the Harter Parties. The filing of a notice of lodgment in accordance with the local rules

9 was plainly within the scope of the Trustee's authority and pursuant to court order. Thus, the Trustee

10 and his counsel enjoy broad quasi-judicial immunity from the Harter Parties' request for sanctions.

## B.    Because the Court has entered an order finally resolving the subject pleading, there is nothing left to withdraw and sanctions should not issue under these circumstances.

14    "By presenting to the court (whether by signing, filing, submitting, or later advocating) a

15 …pleading, written motion, or other paper, an attorney… is certifying that to the best of the person's

16 knowledge, information, and belief, formed after an inquiry reasonable under the circumstances –

17    (1) it is not being presented for any improper purpose, such as to harass or to cause

18        unnecessary delay or needless increase in the cost of litigation;

19    (2) the claims, defenses, and other legal contentions therein are warranted by existing law or

20        by a nonfrivolous argument for the extension, modification, or reversal of existing law or

21        the establishment of new law;

22    (3) the allegations and other factual contentions have evidentiary support or, if specifically so

23        identified, are likely to have evidentiary support after a reasonable opportunity for further

24        investigation or discovery; and

25    (4) the denials of factual contentions are warranted on the evidence or, if specifically so

26        identified, are reasonably based on a lack of information or belief."

27 Fed. R. Bankr. Proc. 9011(b). A motion for sanctions under FRBP 9011(c) "may not be filed with or

28 presented to the court unless, within 21 days after service of the motion… the challenged paper,

1   claim, defense, contention, allegation, or denial is not withdrawn or appropriately corrected." Fed. R.

2   Bankr. Proc. 9011(c)(1)(A). This 21-day "safe harbor period is mandatory." *Truesdell v. S. Cal.*

3   *Permanente Medical Group*, 293 F.3d 1146, 1152-53 (9th Cir. 2002).

4       Where the court has entered a judgment or ruling resolving an offending pleading, "counsel

5   cannot withdraw the pleading." *Id.* at 1152. "Allowing a party to wait until judgment is entered

6   before serving a Rule 11 motion would effectively eliminate the safe harbor altogether." *Id.*; *see,*

7   *e.g., Barber v. Miller*, 146 F.3d 707, 710 (9th Cir. 1998) (rejecting the imposition of sanctions by

8   motion where the complaint had been dismissed and there was no purpose served by withdrawal of a

9   dismissed pleading).

10      Even if the Harter Parties could overcome the procedural barrier of quasi-judicial immunity,

11  the entry of the order on the Cash Collateral Stipulation Motion finally resolved the dispute over the

12  form of order over which the Harter Parties complained. After the Court entered the order on

13  December 5, 2019, there was no purpose to be served in withdrawing the notice of lodgment and

14  withdrawal would have no legal effect whatsoever.

15      The order lodged by Trustee's counsel is attached as Exhibit "1." It specifically provides that

16  "[n]othing herein impairs any independent rights held by third parties against 660 BVD and/or third-

17  party entities." The alternative order lodged by the Harter Parties which the Court entered without a

18  hearing is attached as Exhibit "2." The alternative order read more like an agreement being

19  negotiated by counsel than a reflection of the Court's ruling from the hearing on the motion to

20  approve the Cash Collateral Stipulation. For that reason, in addition to the disapproval of the form of

21  order by 660 BVD, the Trustee declined to approve it. But, because the initial order made clear that

22  the issue was preserved and not adjudicated by the Court, the initial order was well-grounded in fact

23  and certainly not sanctionable.

24  **4.    Conclusion**

25      Ironically, the Harter Parties' filing of the Sanctions Motion appears to be sanctionable

26  conduct. As explained above, there is absolutely no merit to the request for sanctions, which appears

27  to have been filed for the sole purpose of harassing the Trustee's attorneys and 660 BVD's attorneys

28  and causing additional attorneys' fees to be incurred in the course of preparing a response to the

1  previously-denied motion for sanctions. As the Trustee and his counsel enjoy broad quasi-judicial

2  immunity from suit, and the mandatory safe harbor period prevents the imposition of sanctions after

3  an order issues on the offending pleading (if it even could be offending), sanctions should not issue.

4

5  Dated:  January 2, 2020                    MARSHACK HAYS LLP

6

7                                  By:   */s/ Tinho Mang*
                                        D. EDWARD HAYS
8                                       DAVID A. WOOD
                                        TINHO MANG
9                                       Attorneys for Chapter 7 Trustee,
                                        RICHARD A. MARSHACK

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRUSTEE'S OPPOSITION TO MOTION FOR SANCTIONS

4825-0816-5040, v. 2

# Exhibit "1"

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document      Page 11 of 35

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document      Page 8 of 30

Case 8:19-bk-12516-TA    Doc 236    Filed 11/19/19    Entered 11/19/19 14:44:19    Desc
Main Document      Page 1 of 8

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>DAVID A. WOOD, #272406<br>dwood@marshackhays.com<br>TINHO MANG, #322146<br>tmang@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>Chapter 7 Trustee<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Richard A. Marshack, Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>ULTIMATE BRANDS,<br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:19-bk-12516-TA<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br><u>TRUSTEE'S MOTION TO APPROVE CASH COLLATERAL AGREEMENT, COMPROMISE AND POST-PETITION FINANCING</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT, COMPROMISE, AND POST-PETITION FINANCING</u> was lodged on <u>November 19, 2019</u> and is attached.  This order relates to the motion which is docket number <u>173</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 12 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 9 of 30

Case 8:19-bk-12516-TA    Doc 236    Filed 11/19/19    Entered 11/19/19 14:44:19    Desc
Main Document    Page 2 of 8

# LODGED ORDER

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 10 of 30

Lodged Order Upload (L.O.U)                                        https://ecf-ciao.cacb.uscourts.gov/UploadOrders/Default.aspx?cmCooki...

Case 8:19-bk-12516-TA    Doc 236    Filed 11/19/19    Entered 11/19/19 14:44:19    Desc
Main Document    Page 3 of 8



Tuesday, November 19, 2019

**Upload Again**

CONFIRMATION :

You've successfully uploaded the order:
( **9549095.docx** )
A new order and exhibit has been added

- **Office:**  Santa Ana
- **Case Title:**  Ultimate Brands Inc
- **Case Number:**  19-12516
- **Judge Initial:**  TA
- **Case Type:**  bk ( Bankruptcy )
- **Document Number:**  173
- **On Date:**  11/19/2019 @ 12:46 PM

Please print 🖶 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 14 of 35

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 11 of 30

Case 8:19-bk-12516-TA    Doc 236    Filed 11/19/19    Entered 11/19/19 14:44:19    Desc
Main Document    Page 4 of 8

1    D. EDWARD HAYS, #162507
ehays@marshackhays.com
2    DAVID A. WOOD, #272406
dwood@marshackhays.com
3    MARSHACK HAYS LLP
870 Roosevelt
4    Irvine, California 92620
Telephone: (949) 333-7777
5    Facsimile: (949) 333-7778

6    Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

7

8                UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11   In re

12   ULTIMATE BRANDS, INC.,

13

14

15            Debtor.

16

17

18

19

20

| | |
|---|---|
| Case No. 8:19-bk-12516-TA | |
| Chapter 7 | |
| ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT, COMPROMISE, AND POST-PETITION FINANCING | |
| ☒ EXHIBIT ATTACHED (SIGNATURE PAGE) | |
| Hearing: | |
| Date:   November 5, 2019 | |
| Time:   11:00 a.m. | |
| Courtroom: 5B | |
| Address: 411 W. Fourth Street, Santa Ana, CA 92701 | |

21        The motion ("Motion")[1] to approve cash collateral agreement, compromise, and post-petition

22   financing, filed on October 11, 2019, as Docket No. 173, by Richard A. Marshack, in his capacity as

23   Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ultimate Brands, Inc.

24   ("Debtor"), came on for hearing on November 5, 2019, at 11:00 a.m., in the above-entitled Court,

25   before the Honorable Theodor C. Albert, United States Bankruptcy Judge. Appearances were made

26   and noted on the record.

27   _____

28   [1] All terms not defined herein are used as they are defined in the Motion.

1

4817-2834-7308, v. 2

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document      Page 15 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document      Page 12 of 30
Case 8:19-bk-12516-TA    Doc 236    Filed 11/19/19    Entered 11/19/19 14:44:19    Desc
Main Document      Page 5 of 8

1   The Court has read and considered the Motion, the opposition to the Motion filed by

2   Creditors, William Harter, Monica Harter, and Help the One, Inc., as Docket No. 196

3   ("Opposition"), joinder in opposition to Motion filed by Creditors, Michael John Patterson and

4   Wheatstrong Enterprises, as Docket No. 199 ("Joinder"), and the reply filed by the Trustee, as

5   Docket No. 207. For the reasons set forth in the Motion and on the record during the hearing, the

6   Court rules as follows:

7       IT IS ORDERED:

8       1.      The Motion is granted and the Stipulation is approved in its entirety;

9       2.      The Trustee is authorized to use cash collateral under 11 U.S.C. § 363 according to

10   the terms of the Stipulation solely to pay the expenditures set forth in the Budget;

11      3.      Limited relief is granted from the automatic stay of 11 U.S.C. § 362 to the extent

12   necessary to allow 660 BVD to perfect its adequate assurance liens;

13      4.      The Carve Out is in the best interest of creditors and is approved on the terms set

14   forth in the Stipulation;

15      5.      The Professional Fee Financing is approved pursuant to 11 U.S.C. § 364 on the terms

16   set forth in the Stipulation; and

17      6.      Nothing herein impairs any independent rights held by third parties against 660 BVD

18   and/or third-party entities.

19                                  # # #

20

21

22

23

24

25

26

27

28

4817-2834-7308, v. 2

2

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 16 of 35

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 13 of 30

Case 8:19-bk-12516-TA    Doc 236    Filed 11/19/19    Entered 11/19/19 14:44:19    Desc
Main Document    Page 6 of 8

**EXHIBIT – [SIGNATURE PAGE] TO**
**ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT,**
**COMPROMISE, AND POST-PETITION FINANCING**

APPROVED AS TO FORM:

GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP

By: _____
     BRIAN L. DAVIDOFF
     KEITH PATRICK BANNER
     Counsel for Secured Creditor
     660 BVD, LLC

LAW OFFICE OF ERIC ALAN MITNICK

By: (Not Approved, Objection to Follow)
     ERIC ALAN MITNICK
     Attorneys for Creditors,
     JOHN PATTERSON and
     WHEATSTRONG ENTERPRISES

G&B LAW, LLP

By: _____
     DOUGLAS M. NEISTAT
     JEREMY H. ROTHSTEIN
     Attorneys for UNOFFICIAL
     COMMITTEE OF FRANCHISEES

GLOBAL LEGAL LAW FIRM

By: (Not Approved, Objection to Follow)
     JOSHUA J. HERNDON
     R. MICHAEL GHILEZAN
     Attorneys for Creditors
     WILLIAM HARTER, MONICA HARTER and HELP
     THE ONE, INC.

RESNIK HAYES MORADI LLP

By: _____
     M. JONATHAN HAYES
     MATTHEW D. RESNIK
     ROKSANA D. MORADI-BROVIA
     Attorneys for Franchisees
     CUTTING EDGE VENTURES, INC., DUAFE I, LLC,
     SHEELEY & SONS, INC.

3

4817-2834-7308, v. 2

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document      Page 17 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document      Page 14 of 30
Case 8:19-bk-12516-TA    Doc 236    Filed 11/19/19    Entered 11/19/19 14:44:19    Desc
Main Document      Page 7 of 8

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify)**: NOTICE OF LODGMENT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 19, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On **November 19, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
> **MAIL REDIRECTED TO TRUSTEE 08/13/19**
> **DEBTOR**
> ULTIMATE BRANDS INC
> ~~30821 SEMINOLE PL~~
> ~~LAGUNA NIGUEL, CA 92677-2456~~

☐    Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 19, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

> The Honorable Theodor C. Albert – via personal delivery
> PRESIDING JUDGE'S COPY
> United States Bankruptcy Court
> Central District of California
> Ronald Reagan Federal Building and Courthouse
> 411 West Fourth Street, Suite 5085 / Courtroom 5B
> Santa Ana, CA 92701-4593

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 19, 2019 | Cynthia Bastida | */s/ Cynthia Bastida* |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4813-2063-5301, v. 1

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 18 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 15 of 30
Case 8:19-bk-12516-TA    Doc 236    Filed 11/19/19    Entered 11/19/19 14:44:19    Desc
Main Document    Page 8 of 8

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** continued:

- **INTERESTED PARTY MAXIM COMMERCIAL CAPITAL, LLC:** Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
- CREDITOR LIPT WINCHESTER ROAD, INC.: Dana M Andreoli    dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- **CREDITOR 660 BVD, LLC:** Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **U.S. TRUSTEE:** Frank Cadigan    frank.cadigan@usdoj.gov
- **INTERESTED PARTY:** Caroline Djang    caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **INTERESTED PARTY:** Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR U.S. TRUSTEE:** Michael J Hauser    michael.hauser@usdoj.gov
- **ATTORNEYS FOR FRANCHISEES CUTTING EDGE VENTURES INC., DUAFE I, LLC., SHEELEY & SONS, INC.:** M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- **ATTORNEYS FOR CREDITORS WILLIAM HARTER, MONICA HARTER, and HELP THE ONE, INC.:** Joshua J Herndon    jherndon@attorneygl.com, e-service@attorneygl.com
- **ATTORNEYS FOR JOHN SHAW, MIDORI SHAW, AND SHIPSHAPE COLLECTIVE OF FITCHBURG, LLC: Nicholas S Kanter    nkanter@lewitthackman.com**
- **CREDITOR BLD CAPITAL LLC:** Andy Kong    Kong.Andy@ArentFox.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Tinho Mang    tmang@marshackhays.com, 8444806420@filings.docketbird.com
- **CHAPTER 7 TRUSTEE:** Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- **INTERESTED PARTY:** Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR CREDITORS MICHAEL JOHN PATTERSON, WHEATSTRONG ENTERPRISES:** Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **ATTORNEY FOR CREDITOR, UNOFFICIAL COMMITTEE OF FRANCHISEES:** Douglas M Neistat    dneistat@gblawllp.com, mramos@gblawllp.com
- **INTERESTED PARTY:** Ernie Zachary Park    ernie.park@bewleylaw.com
- **INTERESTED PARTY:** Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **INTERESTED PARTY:** Jeremy H Rothstein    jrothstein@gblawllp.com, mramos@gblawllp.com
- **U.S.T.:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR:** Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
- **INTERESTED PARTY:** Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com
- **INTERESTED PARTY:** Ryan D Zick    rzick@ppplaw.com, kstewart@ppplaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4813-2063-5301, v. 1

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document      Page 16 of 30

# Exhibit "2"

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 20 of 35

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 17 of 30

Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 1 of 12

**GLOBAL LEGAL LAW FIRM**
R. Michael Ghilezan, SBN 282340
Joshua J. Herndon, SBN 244106
380 Stevens Avenue, Suite 311
Solana Beach, California 92075
Tel.:    (888) 846-8901
Fax:    (888) 846-8902
Email: mghilezan@attorneygl.com
        jherndon@attorneygl.com

Attorneys for Creditors
WILLIAM HARTER, MONICA HARTER and HELP
THE ONE, INC.

FILED & ENTERED

DEC 05 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIDVISION**

| | |
|---|---|
| In re | Case No. 8:19-bk-125156-TA |
| ULTIMATE BRANDS, INC., | **ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT COMPROMISE, AND POST-PETITION FINANCING** |
| Debtor. | **EXHIBIT ATTACHED (SIGNATURE PAGE)** |
| | Hearing Date: November 5, 2019 Time: 11:00 a.m. Courtroom: 5B Address: 411 W. Fourth Street, Santa Ana, CA 92701 |

The motion ("Motion")[1] to approve cash collateral agreement, compromise, and post-petition

financing, filed on October 11, 2019, as Docket No. 173, by Richard A. Marshack, in his capacity as

Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ultimate Brands, Inc.

("Debtor"), came on for hearing on November 5, 2019, at 11:00 a.m., in the above-entitled Court,

before the Honorable Theodor C. Albert, United States Bankruptcy Judge. Appearances were made

and noted on the record., including attorney's fees, that Plaintiffs incurred as a result of Defendants

filing, and refusing to withdraw, the Notice with respect to Defendants.

---

[1] All terms not identified herein are used as they are defined in the Motion.

1

PLAINTIFFS' MOTION TO LIFT THE STAY IN THIS MATTER

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 21 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 18 of 30
Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 2 of 12

The Court has read and considered the Motion, the opposition to the Motion filed by Creditors, William Harter, Monica Harter, and Help the One, Inc., as Docket No. 196 ("Opposition"), joinder in opposition to Motion filed by Creditors, Michael John Patterson and Wheatstrong Enterprises, as Docket No. 199 ("Joinder"), and the reply filed by the Trustee, as Docket No. 207. For the reasons set forth in the Motion and on the record during the hearing, the Court rules as follows:

IT IS ORDERED:

1.     The Motion is granted.  The Stipulation is approved.  However, Section H of the Stipulation ('Section H") shall apply only to and be binding on Trustee as the representative of this this bankruptcy estate.  Section H shall not apply to or be binding on any third-party creditor.  Section H shall not preclude, abrogate, limit or impair in any way or manner whatsoever, without limitation, any claims, claims for relief  (i.e. avoidance actions under federal or state law), causes of action, subordination proceedings, claim objections, claim reclassification proceedings  or any other the rights of any third party creditor with respect to the Debtor's bankruptcy estate.  Among the matters reserved to third party creditors shall be the right to contest the purported pre-petition assignment of non-debtor Ultimate Franchises, Inc.'s ("UFI") rights to and interests in UFI's franchise agreements and rights to collect franchise fees related thereto, to Debtor (collectively, the "UFI Franchise Rights").  Nothing in the Stipulation or this Order shall approve of, confirm or validate any post-bankruptcy transfer of all or any part of the UFI Franchise Rights to the bankruptcy estate, which shall remain subject to challenge by third party creditors.;

2.     The Trustee is authorized to use cash collateral under 11 U.S.C. § 363 according to the terms of the Stipulation solely to pay the expenditures set forth in the Budget, subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation;

3.     Limited relief is granted from the automatic stay of 11 U.S.C.  § 362 to the extent necessary to allow 660 BVD to perfect its adequate assurance liens, subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation;

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document       Page 22 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document       Page 19 of 30
Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document       Page 3 of 12

4.     The Carve Out is in the best interest of creditors and is approved on the terms set forth in the Stipulation, subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation;

5.     The Professional Fee Financing is approved pursuant to 11 U.S.C. § 364 on the terms set forth in the Stipulation, subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation;

6.     Nothing herein impairs any independent rights held by third parties against 660 BVD and/or third-party entities;

7.     This order does not constitute a finding that Debtor, or its bankruptcy estate, is the owner of UFI's rights in various franchise agreements, and rights to collect franchise fees related thereto;

8.     No aspect of this order shall limit the subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation; and

//

//

//

//

//

//

//

//

PLAINTIFFS' MOTION TO LIFT THE STAY IN THIS MATTER

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document        Page 23 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document        Page 20 of 30
Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 4 of 12

9.    Any sale of the Debtor's, or its bankruptcy estate's, assets that purport to include UFI's rights in various franchise agreements, and rights to collect franchise fees related thereto, shall be made subject to the subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation.

###

Date: December 5, 2019

*Theodor C. Albert*

Theodor C. Albert
United States Bankruptcy Judge

4

PLAINTIFFS' MOTION TO LIFT THE STAY IN THIS MATTER

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 24 of 35

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 21 of 30

Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 5 of 12

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher R. Dryden, Esq. (SBN 234476)<br>R. Michael Ghilezan, Esq. (SBN 282340)<br>Joshua Herdon, Esq. (SBN 244106)<br>GLOBAL LEGAL LAW FIRM<br>380 Stevens Avenue, Suite 311<br>Solana Beach, California 92075<br>Tel.: (888) 846-8901<br>Fax: (888) 846-8902<br>Email: mghilezan@attorneygl.com<br>Email: cdryden@attorneygl.com<br>Attorneys for Creditors , WILLIAM HARTER, MONICA HARTER, and HELP THE ONE, INC<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* WILLIAM HARTER, MONICA HARTER, and HELP THE ONE, INC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>ULTIMATE BRANDS,<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:19-bk-12516-TA<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br><u>TRUSTEE'S MOTION TO APPROVE CASH COLLATERAL AGREEMENT, COMPROMISE AND POST-PETITION FINANCING</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>PROPOSED ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT, COMPROMISE, AND POST-PETITION FINANCING</u> was lodged on <u>November 26, 2019</u> and is attached. This order relates to the motion which is docket number <u>173</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document      Page 25 of 35

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document      Page 22 of 30

Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 6 of 12

LODGED ORDER

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 26 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 23 of 30
Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 7 of 12

**GLOBAL LEGAL LAW FIRM**
R. Michael Ghilezan, SBN 282340
Joshua J. Herndon, SBN 244106
380 Stevens Avenue, Suite 311
Solana Beach, California 92075
Tel.:     (888) 846-8901
Fax:     (888) 846-8902
Email: mghilezan@attorneygl.com
          jherndon@attorneygl.com

Attorneys for Creditors
WILLIAM HARTER, MONICA HARTER and HELP
THE ONE, INC.

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIDVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-125156-TA |
| ULTIMATE BRANDS, INC., | **ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT COMPROMISE, AND POST-PETITION FINANCING** |
| Debtor. | **EXHIBIT ATTACHED (SIGNATURE PAGE)** |
| | Hearing Date: November 5, 2019<br>Time: 11:00 a.m.<br>Courtroom: 5B<br>Address: 411 W. Fourth Street,<br>Santa Ana, CA 92701 |

The motion ("Motion")[1] to approve cash collateral agreement, compromise, and post-petition financing, filed on October 11, 2019, as Docket No. 173, by Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Ultimate Brands, Inc. ("Debtor"), came on for hearing on November 5, 2019, at 11:00 a.m., in the above-entitled Court, before the Honorable Theodor C. Albert, United States Bankruptcy Judge. Appearances were made

---

[1] All terms not identified herein are used as they are defined in the Motion.

1

ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT COMPROMISE, AND POST-PETITION FINANCING

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 27 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 24 of 30
Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 8 of 12

1  and noted on the record., including attorney's fees, that Plaintiffs incurred as a result of Defendants

2  filing, and refusing to withdraw, the Notice with respect to Defendants.

3      The Court has read and considered the Motion, the opposition to the Motion filed by Creditors,

4  William Harter, Monica Harter, and Help the One, Inc., as Docket No. 196 ("Opposition"), joinder in

5  opposition to Motion filed by Creditors, Michael John Patterson and Wheatstrong Enterprises, as

6  Docket No. 199 ("Joinder"), and the reply filed by the Trustee, as Docket No. 207. For the reasons

7  set forth in the Motion and on the record during the hearing, the Court rules as follows:

8      IT IS ORDERED:

9      1.    The Motion is granted.  The Stipulation is approved.  However, Section H of the

10  Stipulation ('Section H") shall apply only to and be binding on Trustee as the representative of this

11  this bankruptcy estate.  Section H shall not apply to or be binding on any third-party creditor.  Section

12  H shall not preclude, abrogate, limit or impair in any way or manner whatsoever, without limitation,

13  any claims, claims for relief  (i.e. avoidance actions under federal or state law), causes of action,

14  subordination proceedings, claim objections, claim reclassification proceedings  or any other the

15  rights of any third party creditor with respect to the Debtor's bankruptcy estate.  Among the matters

16  reserved to third party creditors shall be the right to contest the purported pre-petition assignment of

17  non-debtor Ultimate Franchises, Inc.'s ("UFI") rights to and interests in UFI's franchise agreements

18  and rights to collect franchise fees related thereto, to Debtor (collectively, the "UFI Franchise

19  Rights").  Nothing in the Stipulation or this Order shall approve of, confirm or validate any post-

20  bankruptcy transfer of all or any part of the UFI Franchise Rights to the bankruptcy estate, which

21  shall remain subject to challenge by third party creditors.;

22      2.    The Trustee is authorized to use cash collateral under 11 U.S.C. § 363 according to the

23  terms of the Stipulation solely to pay the expenditures set forth in the Budget, subject to the rights of

24  any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise

25  Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation;

26      3.    Limited relief is granted from the automatic stay of 11 U.S.C. § 362 to the extent

27  necessary to allow 660 BVD to perfect its adequate assurance liens, subject to the rights of any third

28

2
ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT COMPROMISE, AND POST-
PETITION FINANCING

Exhibit "2"
Page 22
Exhibit "1"
Page 26

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 28 of 35

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 25 of 30

Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 9 of 12

party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation;

4.    The Carve Out is in the best interest of creditors and is approved on the terms set forth in the Stipulation, subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation;

5.    The Professional Fee Financing is approved pursuant to 11 U.S.C. § 364 on the terms set forth in the Stipulation, subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation;

6.    Nothing herein impairs any independent rights held by third parties against 660 BVD and/or third-party entities;

7.    This order does not constitute a finding that Debtor, or its bankruptcy estate, is the owner of UFI's rights in various franchise agreements, and rights to collect franchise fees related thereto;

8.    No aspect of this order shall limit the subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation; and

9.    Any sale of the Debtor's, or its bankruptcy estate's, assets that purport to include UFI's rights in various franchise agreements, and rights to collect franchise fees related thereto, shall be made subject to the subject to the rights of any third party creditor with respect to the Debtor's bankruptcy estate, including the UFI Franchise Rights, which shall not be limited in any manner whatsoever by the approval of the Stipulation.

####

3

ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT COMPROMISE, AND POST-PETITION FINANCING

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 29 of 35

Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 26 of 30

Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 10 of 12

**EXHIBIT – [SIGNATURE PAGE]**
**TO ORDER GRANTING MOTION TO APPROVE CASH COLLATERAL AGREEMENT,**
**COMPROMISE, AND POST-PETITION FINANCING**

APPROVED AS TO FORM:

GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP

By: _____
    BRIAN L. DAVIDOFF
    KEITH PATRICK BANNER
    Counsel for Secured Creditor
    660 BVD, LLC

LAW OFFICE OF ERIC ALAN MITNICK

By: _____
    ERIC ALAN MITNICK
    Attorneys for Creditors,
    JOHN PATTERSON and
    WHEATSTRONG ENTERPRISES

G&B LAW, LLP

By: _____
    DOUGLAS M. NEISTAT
    JEREMY H. ROTHSTEIN
    Attorneys for UNOFFICIAL
    COMMITTEE OF FRANCHISEES

GLOBAL LEGAL LAW FIRM

By: _____
    JOSHUA J. HERNDON
    R. MICHAEL GHILEZAN
    Attorneys for Creditors
    WILLIAM HARTER, MONICA HARTER and HELP
    THE ONE, INC.

RESNIK HAYES MORADI LLP

By: _____
    M. JONATHAN HAYES
    MATTHEW D. RESNIK
    ROKSANA D. MORADI-BROVIA
    Attorneys for Franchisees
    CUTTING EDGE VENTURES, INC., DUAFE I, LLC,
    SHEELEY & SONS, INC.

1

PLAINTIFFS' MOTION TO LIFT THE STAY IN THIS MATTER

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document     Page 30 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document     Page 27 of 30
Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document     Page 11 of 12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
380 Stevens Ave Suite 311, Solana beach, CA 92075

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT** will be served or
was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated
below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
**November 26, 2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  **November 26, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

MAIL REDIRECTED TO TRUSTEE 08/13/19
DEBTOR
ULTIMATE BRANDS INC
~~30821 SEMINOLE PL~~
~~LAGUNA NIGUEL, CA 92677~~

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 26, 2019**, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
The Honorable Theodor C. Albert – via personal delivery
PRESIDING JUDGE'S COPY
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/26/2019 | Perla D. Cuevas | /s/Perla Cuevas |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Case 8:19-bk-12516-TA    Doc 332    Filed 01/28/20    Entered 01/28/20 17:43:59    Desc
Main Document    Page 31 of 35
Case 8:19-bk-12516-TA    Doc 301    Filed 01/02/20    Entered 01/02/20 17:15:14    Desc
Main Document    Page 28 of 30
Case 8:19-bk-12516-TA    Doc 269    Filed 12/05/19    Entered 12/05/19 17:03:12    Desc
Main Document    Page 12 of 12

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** continued:

- **INTERESTED PARTY MAXIM COMMERCIAL CAPITAL, LLC:** Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
- CREDITOR LIPT WINCHESTER ROAD, INC.: Dana M Andreoli    dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- **CREDITOR 660 BVD, LLC:** Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **U.S. TRUSTEE:** Frank Cadigan    frank.cadigan@usdoj.gov
- **INTERESTED PARTY:** Caroline Djang    caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **INTERESTED PARTY:** Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR U.S. TRUSTEE:** Michael J Hauser    michael.hauser@usdoj.gov
- **ATTORNEYS FOR FRANCHISEES CUTTING EDGE VENTURES INC., DUAFE I, LLC., SHEELEY & SONS, INC.:** M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- **ATTORNEYS FOR CREDITORS WILLIAM HARTER, MONICA HARTER, and HELP THE ONE, INC.:** Joshua J Herndon    jherndon@attorneygl.com, e-service@attorneygl.com
- **ATTORNEYS FOR JOHN SHAW, MIDORI SHAW, AND SHIPSHAPE COLLECTIVE OF FITCHBURG, LLC:** **Nicholas S Kanter    nkanter@lewitthackman.com**
- **CREDITOR BLD CAPITAL LLC:** Andy Kong    Kong.Andy@ArentFox.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Tinho Mang    tmang@marshackhays.com, 8444806420@filings.docketbird.com
- **CHAPTER 7 TRUSTEE:** Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- **INTERESTED PARTY:** Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR CREDITORS MICHAEL JOHN PATTERSON, WHEATSTRONG ENTERPRISES:** Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **ATTORNEY FOR CREDITOR, UNOFFICIAL COMMITTEE OF FRANCHISEES:** Douglas M Neistat    dneistat@gblawllp.com, mramos@gblawllp.com
- **INTERESTED PARTY:** Ernie Zachary Park    ernie.park@bewleylaw.com
- **INTERESTED PARTY:** Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **INTERESTED PARTY:** Jeremy H Rothstein    jrothstein@gblawllp.com, mramos@gblawllp.com
- **U.S.T.:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR:** Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
- **INTERESTED PARTY:** Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com
- **INTERESTED PARTY:** Ryan D Zick    rzick@ppplaw.com, kstewart@ppplaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4813-2063-5301, v. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify)**: TRUSTEE'S OPPOSITION TO MOTION FOR SANCTIONS FILED BY HARTER PARTIES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 2, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL:**
On **January 2, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  **MAIL REDIRECTED TO TRUSTEE 08/13/19**
  **DEBTOR**
  ULTIMATE BRANDS INC
  ~~30821 SEMINOLE PL~~
  ~~LAGUNA NIGUEL, CA 92677-2456~~

☐    Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 2, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

> The Honorable Theodor C. Albert – via personal delivery
> PRESIDING JUDGE'S COPY
> United States Bankruptcy Court
> Central District of California
> Ronald Reagan Federal Building and Courthouse
> 411 West Fourth Street, Suite 5085 / Courtroom 5B
> Santa Ana, CA 92701-4593

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 2, 2020 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4813-2063-5301, v. 1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** continued:

- **ATTORNEY FOR INTERESTED PARTY MAXIM COMMERCIAL CAPITAL, LLC:** Andrew K Alper aalper@frandzel.com, rsantamaria@frandzel.com
- **ATTORNEY FOR CREDITOR LIPT WINCHESTER ROAD, INC.:** Dana M Andreoli dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- **ATTORNEY FOR CREDITOR 660 BVD, LLC:** Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com; calendar@greenbergglusker.com
- **ATTORNEY FOR UNITED STATES TRUSTEE (SA):** Frank Cadigan    frank.cadigan@usdoj.gov
- **ATTORNEY FOR CREDITOR 600 ANTON BOULEVARD ASSOCIATES:** Caroline Djang caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com; sansanee.wells@bbklaw.com; paul.nordlund@bbklaw.com
- **INTERESTED PARTY COURTESY NEF:** Timothy W Evanston tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR PLAINTIFFS SALON REBELLE, INC.; SALON REBELLE LLC; DARRYL VERGOLINO-HOLIDAY; ELIZABETH AGUIAR-GUTIERREZ; MARCOS TRUJILLO; and VICKY GARZA:** Norma V Garcia ngarciaguillen@garciarainey.com
- **ATTORNEY FOR UNITED STATES TRUSTEE (SA):** Michael J Hauser    michael.hauser@usdoj.gov
- **ATTORNEY FOR CREDITOR CUTTING EDGE VENTURES INC.:** M. Jonathan Hayes jhayes@rhmfirm.com, roksana@rhmfirm.com; rosario@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR WILLIAM HARTER:** Joshua J Herndon    jherndon@attorneygl.com, e-service@attorneygl.com
- **ATTORNEY FOR CREDITORS SHIPSHAPE COLLECTIVE OF FITCHBURG, LLC; CREDITOR JOHN SHAW; and CREDITOR MIDORI SHAW:** Nicholas S Kanter nkanter@lewitthackman.com
- **ATTORNEY FOR CREDITOR BLD CAPITAL, LLC:** Andy Kong    Kong.Andy@ArentFox.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang    tmang@marshackhays.com, 8444806420@filings.docketbird.com
- **RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com
- **INTERESTED PARTY COURTESY NEF:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR CREDITOR WHEATSTRONG ENTERPRISES and CREDITOR MICHAEL JOHN PATTERSON:** Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **ATTORNEY FOR CREDITOR UNOFFICIAL COMMITTEE OF FRANCHISEES:** Douglas M Neistat dneistat@gblawllp.com, mramos@gblawllp.com
- **ATTORNEY FOR CREDITOR REGENCY CENTERS, LP:** Ernie Zachary Park    ernie.park@bewleylaw.com
- **ATTORNEY FOR INTERESTED PARTY W. SCOTT GRIFFITHS:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **ATTORNEY FOR CREDITOR UNOFFICIAL COMMITTEE OF FRANCHISEES:** Jeremy H Rothstein jrothstein@gblawllp.com, mramos@gblawllp.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR ULTIMATE BRANDS INC:** Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com; villalobosjr51108@notify.bestcase.com
- **INTERESTED PARTY:** Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood dwood@marshackhays.com, 8649808420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR 660 BVD, LLC:** Ryan D Zick    rzick@ppplaw.com, kstewart@ppplaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

June 2012
4813-2063-5301, v. 1

Exhibit "1"

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (specify**): TRUSTEE'S OPPOSITION TO AMENDED MOTION
FOR SANCTIONS FILED BY HARTER PARTIES** will be served or was served (a) on the judge in chambers in the form
and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January
28, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On **January 28, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
will be completed no later than 24 hours after the document is filed.
> **MAIL REDIRECTED TO TRUSTEE 08/13/19**
> **DEBTOR**
> ULTIMATE BRANDS INC
> ~~30821 SEMINOLE PL~~
> ~~LAGUNA NIGUEL, CA 92677-2456~~

☐    Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 28, 2020**, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
> The Honorable Theodor C. Albert – via personal delivery
> PRESIDING JUDGE'S COPY
> United States Bankruptcy Court
> Central District of California
> Ronald Reagan Federal Building and Courthouse
> 411 West Fourth Street, Suite 5085 / Courtroom 5B
> Santa Ana, CA 92701-4593

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2020 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** continued:

- **ATTORNEY FOR INTERESTED PARTY MAXIM COMMERCIAL CAPITAL, LLC:** Andrew K Alper aalper@frandzel.com, rsantamaria@frandzel.com
- **ATTORNEY FOR CREDITOR LIPT WINCHESTER ROAD, INC.:** Dana M Andreoli dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- **ATTORNEY FOR CREDITOR 660 BVD, LLC:** Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com; calendar@greenbergglusker.com
- **ATTORNEY FOR UNITED STATES TRUSTEE (SA):** Frank Cadigan    frank.cadigan@usdoj.gov
- **ATTORNEY FOR CREDITOR 600 ANTON BOULEVARD ASSOCIATES:** Caroline Djang caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com; sansanee.wells@bbklaw.com; paul.nordlund@bbklaw.com
- **INTERESTED PARTY COURTESY NEF:** Timothy W Evanston tevanston@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR PLAINTIFFS SALON REBELLE, INC.; SALON REBELLE LLC; DARRYL VERGOLINO-HOLIDAY; ELIZABETH AGUIAR-GUTIERREZ; MARCOS TRUJILLO; and VICKY GARZA:** Norma V Garcia ngarciaguillen@garciarainey.com
- **ATTORNEY FOR UNITED STATES TRUSTEE (SA):** Michael J Hauser    michael.hauser@usdoj.gov
- **ATTORNEY FOR CREDITOR CUTTING EDGE VENTURES INC.:** M. Jonathan Hayes jhayes@rhmfirm.com, roksana@rhmfirm.com; rosario@rhmfirm.com; janita@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR WILLIAM HARTER:** Joshua J Herndon    jherndon@attorneygl.com, e-service@attorneygl.com
- **ATTORNEY FOR CREDITORS SHIPSHAPE COLLECTIVE OF FITCHBURG, LLC; CREDITOR JOHN SHAW; and CREDITOR MIDORI SHAW:** Nicholas S Kanter nkanter@lewitthackman.com
- **ATTORNEY FOR CREDITOR BLD CAPITAL, LLC:** Andy Kong    Kong.Andy@ArentFox.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang    tmang@marshackhays.com, 8444806420@filings.docketbird.com
- **RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com
- **INTERESTED PARTY COURTESY NEF:** Robert S Marticello Rmarticello@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- **ATTORNEY FOR CREDITOR WHEATSTRONG ENTERPRISES and CREDITOR MICHAEL JOHN PATTERSON:** Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **ATTORNEY FOR CREDITOR UNOFFICIAL COMMITTEE OF FRANCHISEES:** Douglas M Neistat dneistat@gblawllp.com, mramos@gblawllp.com
- **ATTORNEY FOR CREDITOR REGENCY CENTERS, LP:** Ernie Zachary Park    ernie.park@bewleylaw.com
- **ATTORNEY FOR INTERESTED PARTY W. SCOTT GRIFFITHS:** Thomas J Polis tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
- **ATTORNEY FOR CREDITOR UNOFFICIAL COMMITTEE OF FRANCHISEES:** Jeremy H Rothstein jrothstein@gblawllp.com, mramos@gblawllp.com
- **UNITED STATES TRUSTEE (SA):** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR ULTIMATE BRANDS INC:** Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com; villalobosjr51108@notify.bestcase.com
- **INTERESTED PARTY:** Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood dwood@marshackhays.com, 8649808420@filings.docketbird.com
- **ATTORNEY FOR CREDITOR 660 BVD, LLC:** Ryan D Zick    rzick@ppplaw.com, kstewart@ppplaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4813-2063-5301, v. 1