**LAW OFFICE OF ERIC ALAN MITNICK**
ERIC ALAN MITNICK SBN 116042
21515 Hawthorne Boulevard, Suite 1080
Torrance, California 90503
Telephone:    (310) 792-5864
Facsimile:    (310) 347-4353
E-mail:    mitnicklaw@gmail.com

Attorney for Creditor WHEATSTRONG ENTERPRISES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ULTIMATE BRANDS, INC.,<br><br><br><br><br><br>Debtor. | Case No. 8:19-bk-12516 TA<br>Chapter 7<br><br>**RESPONSE TO DECLARATION OF TINHO MANG IN SUPPORT OF TRUSTEE'S PROPOSED SALE ORDER**<br><br>Hearing Date: January 7, 2020<br>Time: 11:00 a.m.<br>Courtroom: 5B |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

Creditor WHEATSTRONG ENTERPRISES ("WHEATSTRONG"), by and through its undersigned counsel, hereby responds to the Declaration of Tinho Mang in Support of Notice of Lodgment of Sale Order (Docket No. 328).

As indicated in its filed Proof of Claim, WHEATSTRONG is a creditor of the Debtor ULTIMATE BRANDS, INC. and non-debtors Ultimate Franchises, Inc. ("UFI") and others, including W. SCOTT GRIFFITHS pursuant to the AAA arbitration award for $962,713. (Claim No. 104). Requests for attorney fees and costs are pending, in all likelihood, will increase the amount of its claim. Contrary

1

to the Court's tentative ruling (at page 21), WHEATSTRONG's AAA award against Debtor and third parties was not, and is not, contingent, unliquidated or hypothetical. (See Docket No. 302.)

As this Court is well-aware, prior to the filing of this Case, various assets of UFI, and perhaps others, were transferred to Debtor for no consideration. At the time of commencement of this Case, the 18/8 mark was registered to W. SCOTT GRIFFITHS, not the Debtor. That registration was apparently changed to Debtor post-petition.

Based upon the ongoing concerns of creditors WHEATSTRONG, HARTER and HELP THE ONE, INC. (collectively, "Objecting Creditors"), at a number of hearings in this Case, the Court has made it very clear that the rights of Objecting Creditors to pursue fraudulent transfer claims would not be impacted in this Case (pursuant to i.e. *Moore v. Bay*) and that the Trustee can only sell or transfer what is actually property of the estate and not what is owned by others, using the example of a trustee seeking to sell the Brooklyn Bridge. (See Cash Collateral Order, Docket No. 269, entered December 5, 2019.) Yet, the language in Paragraph 6 of the Trustee's proposed order could be construed to cut off the very UFTA claims and those against third parties that this Court has consistently ruled would not be impaired by these proceedings. Paragraph 7 seeks to limit these unimpaired claims to UFI's franchise agreements and fees that are not the subject of the Motion for Sale that will decided by the (proposed) Order.

///

2

While these concerns have often been expressed by Objecting Creditors in both pleadings and prior arguments before the Court, Trustee's counsel argues, erroneously, in his Declaration that because these objections were not reiterated in supplemental pleadings, or repeated at the most recent oral arguments, that somehow these objections were never raised. (See e.g. WHEATSTRONG'S Joinder in Opposition, Docket No. 262, filed December 3, 2019.)

Counsel for the Trustee may consider WHEATSTRONG's concern as to including "encumbrances" in the Proposed Order to be "esoteric." However, the Trustee's Motion (Docket No. 247, page 1) did not seek an order of sale free and clear of *encumbrances*. Section 363(f) provides for sales free and clear of interests, and includes an example of such an interest as a lien. Nothing in Section 363(f) specifically mentions encumbrances. Moreover, while "lien" and "claim" are defined in Section 101, there is no definition of encumbrance in the Bankruptcy Code. As a result, the term "encumbrances" should not be included in the Order as it creates an otherwise avoidable ambiguity.

Lastly, what the Trustee is selling "free and clear" is only what the Debtor owned that is property of the estate, not property owned by third parties or claims to be pursued against non-debtors. As the court determined, the ability to pursue third party claims "are not interests in the assets to be sold." (Tentative Ruling at page 21.) Had the Trustee sought to sell property of others or claims held by Objecting Creditors to pursue non-debtors, he could have, but did not, base his Motion on Section 363(h).

3

For all of the foregoing reasons, the Trustee's proposed order as to the Motion for Sale does not accurately reflect the ruling on the Motion decided by the Court.[1]

Dated: January 29, 2020

LAW OFFICE OF ERIC ALAN MITNICK

By: /s/ Eric Alan Mitnick
　　　Eric Alan Mitnick

Attorney for Creditor
WHEATSTRONG ENTERPRISES

---

[1] In filing this response, WHEATSTRONG reserves the right to join in Objections filed by others with respect to the proposed order.

4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21515 Hawthorne Boulevard, Ste. 1080, Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*): __Response to Declaration of Tinho Mang in Support of Trustee's Proposed Sale Order__

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/27/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/29/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
   Hon Theodor C. Albert, US Bankruptcy Court, 411 W. Fourth Street, Room 5085, Santa Ana, CA 92701

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/29/2020 | Eric Mitnick | /s/ Eric Mitnick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

## SERVICE INFORMATION

NEF Transmission:

Chapter 7 Trustee: rmarshack@iq7technology.com, pkraus@marshackhays.com
Attys for Ch 7 Trustee: dwood@marshackhays.com, ehays@marshackhays.com
Atty for Debtor: julie@oaktreelaw.com
Attys for BLD Capital: Kong.Andy@arentfox.com
Attys for 660 BVD: kbanner@greenbergglusker.com, rzick@ppplaw.com
Attys for Maxim Comm Cap: aalper@frandzel.com, rsanatamaria@frandzel.com
Attys for Regency Centers: ernie.park@bewleylaw.com
Attys for Unoff Fr Comm: dneistat@gblawllp.com, jrothstein@gblawllp.com
Attys for Cutting Edge, Duafe I, Sheely: jhayes@rhmfirm.com, roksana@rhmfirm.com
Attys for Harter, Help The One: jherndon@attorneygl.com
Attys for Shaw, Shipshape: nkanter@lewitthackman.com
US Trustee: ustpregion16.sa.ecf@usdoj.gov, michael.hauser@usdoj.gov, frank.cadigan@usdoj.gov
Req for Ntc: Webblaw@gmail.com,, tevanston@swelawfirm.com, rmarticello@swelawfirm, fgbesq@fgblundolaw.com, caroline.djang@bbklaw.com