**LAW OFFICE OF ERIC ALAN MITNICK**
ERIC ALAN MITNICK SBN 116042
21515 Hawthorne Boulevard, Suite 1080
Torrance, California 90503
Telephone:    (310) 792-5864
Facsimile:    (310) 347-4353
E-mail:    mitnicklaw@gmail.com

Attorney for Creditor WHEATSTRONG ENTERPRISES

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ULTIMATE BRANDS, INC.,<br><br><br><br><br><br><br>Debtor. | Case No. 8:19-bk-12516 TA<br>Chapter 7<br><br>**RESPONSE TO PROPOSED ORDER RE MOTION TO APPROVE COMPROMISE**<br><br>Hearing Date: January 7, 2020<br>Time: 11:00 a.m.<br>Courtroom: 5B |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

Creditor WHEATSTRONG ENTERPRISES ("WHEATSTRONG"), by and through its undersigned counsel, hereby responds to the proposed order (the "Proposed Order") lodged by counsel for Trustee as to the Trustee's Motion to Approve Compromise (the "Motion") approved by counsel for the Settling Franchisees. WHEATSTRONG is a creditor of the Debtor ULTIMATE BRANDS, INC. and non-debtors Ultimate Franchises, Inc. ("UFI") and others, including W. SCOTT GRIFFITHS ("GRIFFITHS") pursuant to the AAA arbitration award for $962,713. (Claim No. 104). WHEATSTRONG's claim will be amended to add AAA's recent award of $363,846 for interest, attorney fees and costs.

1

The Compromise approved by the Court pertains to the claims, if any, that the Estate has or may have against the Settling Franchisees, and provides that Settling Franchisees waive any claims against the Estate. However, paragraph 3 of the Proposed Order seeks to broaden the release beyond the terms of the APA, by including claims of others, by or against, the Trustee and the Settling Franchisees, who are not parties to the APA. To accurately reflect the Motion and the settlement Paragraph 3 should read:

> 3. The Compromise set forth in paragraphs 5-11 of the APA, compromises only the Estate's claims, if any, against Settling Franchisees and the Settling Franchisees claims against the Estate; any other claims, defenses, causes of action, legal and/or equitable rights shall not be affected in any way by this Order.

Similarly, Paragraph 6 seeks a ruling beyond the scope of the Motion by deeming rejected, the Franchise Agreements of each Settling Franchisee. As this Court is well-aware, UFI, and not the Debtor, is the franchisor under the franchise agreements. To the extent that this Estate has any rights in UFI's franchises, those rights are based on a (purported) transfer to Debtor, for no consideration, shortly before Debtor commenced this Case. As a result, WHEATSTRONG, submits that Paragraph 6 in the Proposed Order should begin:

> To the extent each is property of the Estate, ...

///

1     For all of the foregoing reasons, the Trustee's Proposed Order as to the Motion does not accurately reflect the Motion or the Court's ruling on the Motion[1]

Dated: January 30, 2020     LAW OFFICE OF ERIC ALAN MITNICK

By:   /s/ Eric Alan Mitnick
    ―――――――――――――――――
    Eric Alan Mitnick

Attorney for Creditor
WHEATSTRONG ENTERPRISES

---

[1] In filing this response, WHEATSTRONG reserves the right to join in Objections filed by others with respect to the Proposed Order.

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21515 Hawthorne Boulevard, Ste. 1080, Torrance, CA 90503

A true and correct copy of the foregoing document entitled (specify):  Response to Proposed Order re Motion to Approve Compromise

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 01/29/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 01/30/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  Hon Theodor C. Albert, US Bankruptcy Court, 411 W. Fourth Street, Room 5085, Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/30/2020 | Eric Mitnick | /s/ Eric Mitnick |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

**SERVICE INFORMATION**

<u>NEF Transmission:</u>

Chapter 7 Trustee: rmarshack@iq7technology.com, pkraus@marshackhays.com
Attys for Ch 7 Trustee: dwood@marshackhays.com, ehays@marshackhays.com
Atty for Debtor: julie@oaktreelaw.com
Attys for BLD Capital: Kong.Andy@arentfox.com
Attys for 660 BVD: kbanner@greenbergglusker.com, rzick@ppplaw.com
Attys for Maxim Comm Cap: aalper@frandzel.com, rsanatamaria@frandzel.com
Attys for Regency Centers: ernie.park@bewleylaw.com
Attys for Unoff Fr Comm: dneistat@gblawllp.com, jrothstein@gblawllp.com
Attys for Cutting Edge, Duafe I, Sheely: jhayes@rhmfirm.com, roksana@rhmfirm.com
Attys for Harter, Help The One: jherndon@attorneygl.com
Attys for Shaw, Shipshape: nkanter@lewitthackman.com
US Trustee: ustpregion16.sa.ecf@usdoj.gov, michael.hauser@usdoj.gov, frank.cadigan@usdoj.gov
Req for Ntc: Webblaw@gmail.com,, tevanston@swelawfirm.com, rmarticello@swelawfirm, fgbesq@fgblundolaw.com, caroline.djang@bbklaw.com