| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher R. Dryden, Esq. (SBN 234476)<br>R. Michael Ghilezan, Esq. (SBN 282340)<br>Joshua Herdon, Esq. (SBN 244106)<br>GLOBAL LEGAL LAW FIRM<br>380 Stevens Avenue, Suite 311<br>Solana Beach, California 92075<br>Tel.: (888) 846-8901<br>Fax: (888) 846-8902<br>Email: mghilezan@attorneygl.com<br>Email: cdryden@attorneygl.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* William Harter, Monica Harter and Help | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>ULTIMATE BRANDS,<br><br><br><br>Debtor(s) | CASE NO.: 8:19-bk-12516-TA<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>Motion to Aprove Compromise with Unofficial Committe of Ultimate Brands Franchisees Regarding Royalty Payment |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING MOTION TO APPROVE COMPROMISE BETWEEN TRUST TRUSTEE AND SETTLING FRANCHISEES</u>

was lodged on *(date)* __01/30/2020__ and is attached. This order relates to the motion which is docket number 277 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 1                    F 9021-1.2.BK.NOTICE.LODGMENT

# LODGED ORDER

**GLOBAL LEGAL LAW FIRM**
R. Michael Ghilezan, SBN 282340
Joshua J. Herndon, SBN 244106
380 Stevens Avenue, Suite 311
Solana Beach, California 92075
Tel.:     (888) 846-8901
Fax:     (888) 846-8902
Email: mghilezan@attorneygl.com
            jherndon@attorneygl.com

Attorneys for Creditors
WILLIAM HARTER, MONICA HARTER and HELP THE ONE, INC.

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIDVISION

| | |
|---|---|
| In re | Case No. 8:19-bk-125156-TA |
| ULTIMATE BRANDS, INC., | **ORDER GRANTING MOTION TO APPROVE COMPROMISE BETWEEN TRUSTEE AND SETTLING FRANCHISEES** |
| Debtor. | [Motion - Docket No. 277] |
| | Hearing |
| | Date: January 7, 2020 |
| | Time: 11:00 a.m. |
| | Ctrm: 5B |
| | Location: United States Bankruptcy Court |
| | 411 West Fourth Street, Santa Ana, CA 92701-4593 |

The Court has read and considered the motion to approve compromise ("Motion") filed by Richard A. Marshack, in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Ultimate Brands, Inc. ("Debtor"), to approve the settlement and compromise set forth in paragraphs 5-11 of the certain asset purchase agreement ("APA")[1] between the Trustee and certain members ("Settling Franchisees") of the Unofficial Committee of Ultimate Brands Franchisees ("Committee").

---

[1] All terms not defined in this order are used as they are defined in the APA.

      A hearing was held on the Motion on January 7, 2020, at 11:00 a.m., the Honorable Theodor C. Albert, United States Bankruptcy Judge, presiding. Appearances were as noted on the record.

      After consideration of all of the pleadings filed in connection with the instant Motion and the other pleadings filed in connection with the motion to approve the APA with respect to the sale aspects of the APA, for the reasons stated in the Court's tentative ruling on the Motion attached as Exhibit "1" and as stated on the record, the Court has found good cause to approve the Motion and the relief requested therein.

      Good cause appearing, IT IS ORDERED that:

1. To the extent that there is any conflict between the APA and this Order, the language of this Order shall control;

2. The compromise set forth in paragraphs 5-11 of the APA attached as Exhibit 1 to the Declaration of Richard A. Marshack appended to the Motion is approved, including the provision that all payments for the Compromised Postpetition Royalties shall be made in full within two business days of entry of this Order. The benefits to be received by each Settling Franchisee are conditioned upon their timely payment of the Compromised Postpetition Royalties;

3. The Compromise set forth in paragraphs 5-11 of the APA, compromises only the Estate's claims, if any, against Settling Franchisees, and the Settling Franchisees claims against the Estate; any other claims, defenses, causes of action, legal and/or equitable rights shall not be affected in any way by this Order;

4. The Trustee asserts that the Debtor is sole entity authorized to operate the Debtor's business and serve as a franchisor and collect royalties under the Franchise Agreements; *however*, nothing in this Order shall be construed as a determination of those issues.

5. The payments from the Settling Franchisees constitute proceeds solely of a compromise subject only to the lien held by 660 BVD, LLC ("660 BVD"). Such payments are not proceeds of any sale of the Debtor's assets to be distributed according to the terms of the stipulation between the Trustee and 660 BVD, filed as Docket No. 295, and the Cash Collateral Stipulation between the Trustee and 660 BVD, filed as Docket No. 173 and approved by order of this Court as Docket No. 255;

6. To the extent each is property of the Estate, the Franchise Agreement of each Settling Franchisee shall be deemed rejected and terminated under 11 U.S.C. § 365 upon consummation of the sale to the Buyer and payment in full by each Settling Franchisee of the Compromised Postpetition Royalties in the amounts listed in Schedule D and to the extent that such Franchise Agreement was not already deemed rejected and terminated under 11 U.S.C. § 365(d)(1);

7. The Trustee is authorized to execute any other documents which may be necessary to consummate the compromise; and

8. This Court retains jurisdiction: (a) to interpret, enforce, and implement the terms and provisions of this compromise; and (b) to resolve any disputes arising under or related to this order.

###

**Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, January 30, 2020

[Upload Again]

CONFIRMATION :

You've successfully uploaded the order:
( **10115444.docx** )
  A new order has been added

- **Office**: Santa Ana
- **Case Title**: Ultimate Brands Inc
- **Case Number**: 19-12516
- **Judge Initial**: TA
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 277
- **On Date**: 01/30/2020 @ 05:33 PM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
380 Stevens Ave Suite 311, Solana Beach, CA 92075

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/30/2020__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (*date*) __01/30/2020__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
MAIL REDIRECTED TO TRUSTEE 08/13/19
DEBTOR
ULTIMATE BRANDS INC
30821 SEMINOLE PL. LAGUNA NIGUEL, CA 92677

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/30/2020__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
The Honorable Theodor C. Albert – via personal delivery
PRESIDING JUDGE'S COPY
United States Bankruptcy Court
Central District of California

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/30/2020 | PERLA D. CUEVAS | /s/ Perla D. Cuevas |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    F 9021-1.2.BK.NOTICE.LODGMENT

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** continued:

- **INTERESTED PARTY MAXIM COMMERCIAL CAPITAL, LLC:** Andrew K Alper    aalper@frandzel.com, rsantamaria@frandzel.com
- CREDITOR LIPT WINCHESTER ROAD, INC.: Dana M Andreoli    dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- **CREDITOR 660 BVD, LLC:** Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **U.S. TRUSTEE:** Frank Cadigan    frank.cadigan@usdoj.gov
- **INTERESTED PARTY:** Caroline Djang    caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **INTERESTED PARTY:** Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR U.S. TRUSTEE:** Michael J Hauser    michael.hauser@usdoj.gov
- **ATTORNEYS FOR FRANCHISEES CUTTING EDGE VENTURES INC., DUAFE I, LLC., SHEELEY & SONS, INC.:** M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com
- **ATTORNEYS FOR CREDITORS WILLIAM HARTER, MONICA HARTER, and HELP THE ONE, INC.:** Joshua J Herndon    jherndon@attorneygl.com, e-service@attorneygl.com
- **ATTORNEYS FOR JOHN SHAW, MIDORI SHAW, AND SHIPSHAPE COLLECTIVE OF FITCHBURG, LLC: Nicholas S Kanter    nkanter@lewitthackman.com**
- **CREDITOR BLD CAPITAL LLC:** Andy Kong    Kong.Andy@ArentFox.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** Tinho Mang    tmang@marshackhays.com, 8444806420@filings.docketbird.com
- **CHAPTER 7 TRUSTEE:** Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- **INTERESTED PARTY:** Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **ATTORNEY FOR CREDITORS MICHAEL JOHN PATTERSON, WHEATSTRONG ENTERPRISES:** Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **ATTORNEY FOR CREDITOR, UNOFFICIAL COMMITTEE OF FRANCHISEES:** Douglas M Neistat    dneistat@gblawllp.com, mramos@gblawllp.com
- **INTERESTED PARTY:** Ernie Zachary Park    ernie.park@bewleylaw.com
- **INTERESTED PARTY:** Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **INTERESTED PARTY:** Jeremy H Rothstein    jrothstein@gblawllp.com, mramos@gblawllp.com
- **U.S.T.:** United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR DEBTOR:** Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
- **INTERESTED PARTY:** Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **ATTORNEY FOR CHAPTER 7 TRUSTEE:** David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com
- **INTERESTED PARTY:** Ryan D Zick    rzick@ppplaw.com, kstewart@ppplaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*
4813-2063-5301, v. 1