RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

FILED & ENTERED

JAN 31 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ULTIMATE BRANDS, INC.,<br><br>Debtor. | Case No. 8:19-bk-12516-TA<br><br>Chapter 7<br><br>ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY JORDAN RIVER ASSOCIATES, LLC AS CONSULTANT<br><br>[Unopposed Motion – No Service of Proposed Order or Lodgment Period Required Pursuant to LBR 9021-1(b)(4)] |

The Court has read and considered the Chapter 7 Trustee's Application to Employ Jordan River Associates, LLC and the Declaration of Bryan Guadagno in support (the "Application") filed on January 8, 2020 as Docket No. 312. It appearing from the Declaration of Non-Opposition, filed by Richard A. Marshack on January 28, 2020 as Docket No. 329, that proper notice has been given and finding good cause, the Court enters its Order as follows:

/ / /

/ / /

/ / /

IT IS ORDERED that the Application to employ Jordan River Associates, LLC pursuant to 11 U.S.C. § 327 is granted. Any compensation or reimbursement of costs shall only be paid upon application to and approval by the Court pursuant to 11 U.S.C. §§ 330 or 331.

###

Date: January 31, 2020

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge