Christopher R. Dryden, Esq. (SBN 234476)
R. Michael Ghilezan, Esq. (SBN 282340)
Joshua Herndon, Esq. (SBN244106)
**GLOBAL LEGAL LAW FIRM**
380 Stevens Avenue, Suite 311
Solana Beach, California 92075
Tel.:    (888) 846-8901
Fax:    (888) 846-8902
Email: mghilezan@attorneygl.com

Attorneys for Creditors WILLIAM HARTER,
MONICA HARTER, and HELP THE ONE, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re | ) Case No. 8:19-bk-12516-TA |
| ULTIMATE BRANDS, INC., | ) |
| | ) Chapter 7 |
| Debtor. | ) **STIPULATION RE DISMISSAL OF CREDITORS' MOTION REQUESTING IMPOSITION OF MONETARY SANCTIONS PURSUANT TO FRBP 9011** |

WHEREAS, creditors William Harter, Monica Harter, and Help the One, Inc. (collectively, the "Creditors"), in the above-captioned Chapter 7, filed a Motion requesting Imposition of Monetary Sanctions Pursuant to FRBP 9011 on December 30, 2019 (ECF No. 296);

WHEREAS, Creditors, in the above-captioned Chapter 7, filed an Amended Motion Requesting Imposition of Monetary Sanctions Pursuant to FRBP 9011 (together with Docket No. 296, the "Motion") on January 21, 2020 (ECF No. 318);

WHEREAS, the Court set a hearing related to the Motion on February 11, 2020, at 11:00 am, in Courtroom 5B before the Honorable Judge Theodor C. Albert (ECF No. 322).

1    WHEREAS, Mr. Richard A. Marshack in his capacity as Chapter 7 Trustee

2  (hereinafter, the "Trustee") of the Bankruptcy Estate of Ultimate Brands Inc.; and

3  secured creditor 660 BVD, LLC ("660 BVD", collectively with the Trustee and the

4  Creditors, the "Parties") each filed timely oppositions to the Motion.

5    WHEREAS, the Parties have agreed to stipulate to Creditors' dismissal of the

6  Motion.

7    IT IS HEREBY STIPULATED AND AGREED, by and between the Parties,

8  by and through their respective counsel of record, that:

9    1.    The Motion is dismissed with prejudice;

10    2.    None of the Parties shall be deemed a prevailing party for purposes of

11  LBR 7054-1(b).

12    3.    This Stipulation shall not be the basis of a request to determine a

13  prevailing party pursuant to LBR 7054-1(b)(4).

14    4.    The Parties agree that this dismissal shall be effective even if no order is

15  entered approving this Stipulation; and

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

GLOBAL LEGAL LAW FIRM
380 STEVENS AVENUE, SUITE 311
SOLANA BEACH, CALIFORNIA 92075
(888) 846-8901

STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF
MONETARY SANCTIONS PURSUANT TO FRBP 9011

1      5.      The February 11, 2020, hearing date with respect to the Motion shall be

2  taken off-calendar as moot.

3

4  Dated:  February 4, 2020                **GLOBAL LEGAL LAW FIRM**

5

6                                          By: _____

7                                              Joshua J. Herndon, Esq.
                                               Attorneys for Creditors WILLIAM
8                                              HARTER, MONICA HARTER, and HELP
                                               THE ONE, INC.

9

10  Dated:  February 4, 2020               **MARSHACK HAYS LLP**

11

12                                         By: _____

13                                             Tinho Mang, Esq.
                                               Counsel for Chapter 7 Trsutee,
                                               Richard A. Marshack

14

15  Dated:  February 4, 2020               **GREENBERG GLUSKER FIELDS
                                           CLAMAN & MACHTINGER LLP**

16

17

18                                         By: _____

19                                             Keith P. Banner, Esq.
                                               Attorneys for Secured Creditor,
                                               660 BVD LLC

20

21

22

23

24

25

26

27

28

STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF
MONETARY SANCTIONS PURSUANT TO FRBP 9011

GLOBAL LEGAL LAW FIRM
380 STEVENS AVENUE, SUITE 311
SOLANA BEACH, CALIFORNIA 92075
(888) 846-8901

5.     The February 11, 2020, hearing date with respect to the Motion shall be
2  taken off-calendar as moot.

3

4  Dated:  February 4, 2020                    **GLOBAL LEGAL LAW FIRM**

5

6                                             By: _____
7                                                Joshua J. Herndon, Esq.
                                                Attorneys for Creditors WILLIAM
8                                                HARTER, MONICA HARTER, and HELP
                                                THE ONE, INC.

9

10  Dated:  February 4, 2020                    **MARSHACK HAYS LLP**

11

12                                            By: _____
13                                               Tinho Mang, Esq.
                                                Counsel for Chapter 7 Trsutee,
                                                Richard A. Marshack

14

15  Dated:  February 4, 2020                    **GREENBERG GLUSKER FIELDS**
                                                **CLAMAN & MACHTINGER LLP**
16

17

18                                            By: _____
                                                Keith P. Banner, Esq.
19                                               Attorneys for Secured Creditor,
                                                660 BVD LLC

20

21

22

23

24

25

26

27

28

STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF
MONETARY SANCTIONS PURSUANT TO FRBP 9011

GLOBAL LEGAL LAW FIRM
380 STEVENS AVENUE, SUITE 311
SOLANA BEACH, CALIFORNIA 92075
(888) 846-8901

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
380 Stevens Ave Suite 311, Solana beach, CA 92075

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE DISMISSAL OF CREDITORS' MOTION REQUESTING IMPOSITION OF MONETARY SANCTIONS PURSUANT TO FRBP 9011** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 5, 2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **February 5, 2020** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 08/13/19**
**DEBTOR**
ULTIMATE BRANDS INC
~~30821 SEMINOLE PL~~
~~LAGUNA NIGUEL, CA 92677~~

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 5, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert – via personal delivery
PRESIDING JUDGE'S COPY
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2020 | Perla D. Cuevas | /s/Perla Cuevas |
|---|---|---|
| Date | Printed Name | Signature |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** continued:

· Andrew K Alper aalper@frandzel.com, rsantamaria@frandzel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

· Keith Patrick Banner kbanner@greenbergglusker.com,
sharper@greenbergglusker.com;calendar@greenbergglusker.com

· Frank G Blundo fgbesq@fgblundolaw.com, fgbesq@fgblundolaw.com

· Frank Cadigan frank.cadigan@usdoj.gov

· Caroline Djang caroline.djang@bbklaw.com,
julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com

· Timothy W Evanston tevanston@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

· Michael J Hauser michael.hauser@usdoj.gov

· M. Jonathan Hayes jhayes@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com

· D Edward Hays ehays@marshackhays.com, 8649808420@filings.docketbird.com

· Andy Kong Kong.Andy@ArentFox.com

· Tinho Mang tmang@marshackhays.com, 8444806420@filings.docketbird.com

· Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com

· Robert S Marticello Rmarticello@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

· Eric A Mitnick MitnickLaw@aol.com, mitnicklaw@gmail.com

· Douglas M Neistat dneistat@gblawllp.com, mramos@gblawllp.com

· Ernie Zachary Park ernie.park@bewleylaw.com

· Jeremy H Rothstein jrothstein@gblawllp.com, mramos@gblawllp.com

· United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

· Julie J Villalobos julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com

· Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

· David Wood dwood@marshackhays.com, 8649808420@filings.docketbird.com

· Ryan D Zick rzick@ppplaw.com, kstewart@ppplaw.com

2. **SERVED BY UNITED STATES MAIL:** continued:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
ULTIMATE BRANDS INC
30821 SEMINOLE PL
LAGUNA NIGUEL, CA 92677-2456

**CREDITORS**
APPLEGATE
C/O DILLON GERARDI
5872 OWENS AVE STE 200
CARLSBAD, CA 92008-5518
**20 LARGEST CREDITOR**
AVITUS
PO BOX 2506
BILLINGS, MT 59103-2506

**20 LARGEST CREDITOR**
BLD CAPITAL
20377 SW ACACIA ST FLOOR 2
NEWPORT BEACH, CA 92660-0780

**20 LARGEST CREDITOR**
BLD CAPITAL, LLC
GARCIA RAINEY BLANK &
BOWERBANK LLP
695 TOWN CENTER DR #700
COSTA MESA, CA 92626-7187

**20 LARGEST CREDITOR /**
**SECURED CREDITOR**
CENTERPOINTE GROUP LLC
C/O FITZGERALD YAP KREIDTOR, LLP
2 PARK PLAZA STE 850
IRVINE, CA 92614-2521

**20 LARGEST CREDITOR**
CURTIS LOEB
C/O DAVID GURNICK
16633 VENTURA BLVD #1100
ENCINO, CA 91436-1865

**20 LARGEST CREDITOR**
CURTIS LOEB
C/O EVAN GOLDMAN
101 EISENHOWER PKWY STE 412
ROSELAND, NJ 07068-1055

**20 LARGEST CREDITOR**
DILLON GERARDI
5872 OWENS AVE STE 200
CARLSBAD, CA 92008-5518

**20 LARGEST CREDITOR / POC**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**20 LARGEST CREDITOR**
GRIFFITHS ORGANIZATION
30821 SEMINOLE PL
LAGUNA NIGUEL, CA 92677-2456

**20 LARGEST CREDITOR**
HAKTAN YASAR KILIC
NORDEAN LAW GROUP
245 FISCHER AVE STE D1
COSTA MESA, CA 92626-4539

**20 LARGEST CREDITOR**
HAPPY ROCK
560 SYLVAN AVE STE 3030
ENGLEWOOD CLIFFS, NJ 07632-
3181

**20 LARGEST CREDITOR / POC
ADDRESS**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**20 LARGEST CREDITOR**
JOHN SHAW AND MIDORI SHAW
SHIPSHAPE COLL OF FITCHBURG
DAVID GURNICK, LEWITT
HACKMAN
16633 VENTURA BLVD, FL 11
ENCINO, CA 91436

**20 LARGEST CREDITOR**
JOHN SHAW AND MIDORI SHAW
C/O GARNER & GINSBURG PA
43 MAIN STREET SE SUITE 500
MINNEAPOLIS, MN 55414-1049

**20 LARGEST CREDITOR**
MICHAEL PATTERSON,
WHEATSTRONG ENT
DADY & GARDNER PA
5100 IDS CENTER
80S 8TH ST
MINNEAPOLIS, MN 55402-2100

**20 LARGEST CREDITOR**
SCOTT GRIFFITHS
30821 SEMINOLE PL
LAGUNA NIGUEL, CA 92677-2456

**20 LARGEST CREDITOR**
WILLIAM HARTER AND MONICA
HARTER
HELP THE ONE INC
C/O FRANCHISE LEGAL SUPPORT

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

30700 RUSSELL RANCH RD STE 250
THOUSAND OAKS, CA 91362-9507

**SECURED CREDITOR**
MAXIM COMMERCIAL CAPITAL
LLC LLC
11620 WILSHIRE BLVD STE 540
LOS ANGELES, CA 90025-1778

**CREDITOR**
600 ANTON BOULEVARD
C/O THREE TOWN CENTER
3315 FAIRVIEW RD
COSTA MESA, CA 92626-1610

**CREDITOR / POC ADDRESS**
ALEXA WICKLAS
5206 E 1ST STREET
LONG BEACH, CA 90803

**CREDITOR / POC ADDRESS**
ANDREA SPIELER
1717 CALIFORNIA ST, APT 4
HUNTINGTON BEACH, CA 92648

**CREDITOR / POC ADDRESS**
ANGELICA MARIA JIMENEZ
1221 E. BADILLO ST, APT C
COVINA, CA 9124

**CREDITOR / POC ADDRESS**
ANGELO PICONE
476 CEDAR DR
LIVERMORE CA 94551-6182

**CREDITOR / POC ADDRESS**
BONNY MARIE BENNETT
559 SAN LEON
IRVINE, CA 92606

**CREDITOR / POC ADDRESS**
BRIGITTE THEWES / BRIGITTE LOVE
14262 SAARINEN CT
IRVINE, CA 92606

**CREDITOR / POC ADDRESS**
CALIFORNIA DEPT OF TAX AND
FEE ADMINISTRATION
SPECIAL OPERATIONS BRANCH,
MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0055

**CREDITOR / POC ADDRESS**
CHANEL CANTORNA

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

24375 JACKSON AVE, APT Q307
MURRIETA, CA 92562-1971


**CREDITOR**
EMPLOYMENT DEVELOPMENT
DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
EQUITY RESIDENTIAL
MANAGEMENT
27105 SILVER OAK LANE
CANYON COUNTRY, CA 91387-
6332

**CREDITOR / POC ADDRESS**
ERIN VANDERVEEN
24561 PRISCILLA DR
DANA POINT, CA 92629-1028

**CREDITOR / POC ADDRESS**
GERRY GOMEZ
1440 PARK AVE
LONG BEACH CA 90804-3101

**CREDITOR / POC ADDRESS**
HANNAH N NELSON
321 DAISY AVE #1
LONG BEACH, CA 90802-2764

**CREDITOR / POC ADDRESS**
JAMES REVELS
330 S CLARK ST
ORANGE, CA 92868

**CREDITOR / POC ADDRESS**
JASMINE ADAMYAN
19800 MARILLA ST
CHATSWORTH, CA 91311-5620

**CREDITOR / POC ADDRESS**
KEVIN PEREZ
PO BOX 3973
FULLERTON CA 92834-3973

**CREDITOR / POC ADDRESS**
KRISTINA MASTERSON
666 W 18TH STREET, #13
COSTA MESA, CA 92627

**CREDITOR / POC ADDRESS**
LEENA BLAKE
38 SUNDOWN DRIVE

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

TRABUCO CANYON, CA 92679


**CREDITOR / POC ADDRESS**
MADELINE CASTILLO
1923 BROWNING CT
SAN JACINTO, CA 92583-6046

**CREDITOR / POC ADDRESS**
MEGAN PRATHER
6436 ALEXANDRA MEADOWS DR
FORT WORTH, TX 76131

**CREDITOR / POC ADDRESS**
MELISSA A COHEN
702 MIDDLEBROOK RD
FAIRLEE, VT 05045-9540

**CREDITOR / POC ADDRESS**
MISTY PLASCENCIA
100 CLEARBROOK LN #C
COSTA MESA CA 92626-6596

**CREDITOR**
ORCHARD LAKE FOREST CA LP
GREENE, FIDLER & CHAPLAN, LLP
2719 WILSHIRE BLVD FLOOR 2
SANTA MONICA, CA 90403-4835

**CREDITOR / POC ADDRESS**
PERLA ACOSTA
3068 KRENZ AVE
ALTADENA CA 91001-4236

**CREDITOR / POC ADDRESS**
REBECCA ARMELIN
719 CALIFORNIA ST, A
HUNTINGTON BEACH, CA 92648

**CREDITOR**
REGENCY PROPERTY MANAGEMENT
17662 IRVINE BLVD # 5
TUSTIN, CA 92780-3132

**RTD 08/26/19 UTF**
**CREDITOR**
RHVT
3131 E CAMELBACK RD STE 202
PHOENIX, AZ 85016-4599

**CREDITOR / POC ADDRESS**
SAMANTHA CARRASCO-GRAY
36491 YAMAS DRIVE #1107
WILDOMAR, CA 92595-9816

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**CREDITOR**
SCHOTTENSTEIN PROPERTY GROUP
4300 E 5TH AVE
COLUMBUS, OH 43219-1816

**CREDITOR**
SECURITIES & EXCHANGE
COMMISSION
444 SOUTH FLOWER ST., SUITE 900
LOS ANGELES, CA 90071-2934

**CREDITOR / POC ADDRESS**
SIBEL ARIKAN
14562 EMERGWOOD DR
TUSTIN CA 92780-6205

**CREDITOR / POC ADDRESS**
TAYLOR DUNAWAY
26551 FRESNO DR
MISSION VIEJO, CA 92691-1514

**CREDITOR / POC ADDRESS**
THALLIA VONG
1032 GARDENIA AVE
LONG BEACH, CA 90813

**CREDITOR / POC ADDRESS**
WILLIAM T. DEPLACHETT
13122 ESTES CR
WESTMINSTER, CA 92683

Franchisees Via U.S. Mail
TOM TERRY
1835 NEWPORT BLVD, SUITE D-
150
COSTA MESA CA 92627

KARA DAVIDSON AND SAMER ALAMI
15 FIESTA LANE
LAFAYETTE, CA 94549

CRAIG HOWARD
18|8 AT PLAZA ANTONIO
22361 ANTONIO PKWY, SUITE E130
RANCHO SANTA MARGARITA, CA
92688

GEOFFREY SAMPSON
10543 4S COMMONS DRIVE, SUITE
176
SAN DIEGO CA 92127

PETROS BOYADZHYAN
6250 TOPANGA CANYON BLVD., SUITE
1515 WOODLAND HILLS, CA 91367

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

DAVID SCHLOCKMAN
4787 PGA BLVD
PALM BEACH GARDENS FL
33418

PLEZCO, INC.
SKIP & NANCY PLESNARSKI
305 BROOKHAVEN AVE, SUITE 1140
ATLANTA, GA 30319


MARIETTA AND DARRIN MORRIS
1311 JOHNSON FERRY RD., SUITE 204
MARIETTA GA 30068

JEFF EGGERT
120 S. HOUGH STREET
BARRINGTON, IL 60010

ASH SETH
2825A PFINGSTEN ROAD
GLENVIEW, IL 60026

KRISTINE GIVENS
314 YORKTOWN SHOPPING CENTER
LOMBARD, IL 60148

JEFF FORNEY
1763 FREEDOM DRIVE, SUITE
109
NAPERVILLE, IL 60563

MARK RAVENSCRAFT
1245 N. ROSELLE ROAD
SCHAUMBURG IL 60193

SUSAN HAWKINS
14550 CLAY TERRACE BLVD, SUITE 155
CARMEL IN 46032

JENNIFER THAUBERGER
1301 HERR LANE, SUITE 160
LOUISVILLE, KY 40222

JOE O'BRIEN
62 SECOND AVENUE
BURLINGTON, MA 01803

DAVID FLOYD
143 UNIVERSITY AVENUE
WESTWOOD, MA 02090

ANDREW HULSE
12063 ELM CREEK BLVD N.
MAPLE GROVE, MN 55369

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

KENN STEARNS
20 PINE STREET
NEW YORK, NY 10005

CHRIS BROWN
3110 VANDERCAR WAY
CINCINNATI, OH 45209

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**