| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher R. Dryden, Esq. (SBN 234476) <br> R. Michael Ghilezan, Esq. (SBN 282340) <br> Joshua Herdon, Esq. (SBN 244106) <br> GLOBAL LEGAL LAW FIRM <br> 380 Stevens Avenue, Suite 311 <br> Solana Beach, California 92075 <br> Tel.: (888) 846-8901 <br> Fax: (888) 846-8902 <br> Email: mghilezan@attorneygl.com <br> Email: cdryden@attorneygl.com <br><br> ☐ Individual *appearing without an attorney* <br> ☒ **Attorney for:** WILLIAM HARTER, MONICA HARTER, and HELP THE ONE, INC. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION DIVISION**

| In re: <br> ULTIMATE BRANDS, <br><br><br><br> Debtor(s) | CASE NO.: 8:19-bk-12516-TA <br> CHAPTER: 7 <br><br> **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): <u>(CORRECTED)ORDER APPROVING STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF MONETARY SANCTIONS PURSUANT</u> TO <u>FRBP 9011</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>(CORRECTED) ORDER APPROVING STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF MONETARY SANCTIONS PURSUANT TO FRBP 9011</u> was lodged on (*date*) <u>February 5, 2020</u> and is attached. This order relates to the motion which is docket number <u>296 and 318</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

380 Stevens Ave Suite 311, Solana Beach, CA 92075

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/5/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) 2/5/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2/5/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert – via personal delivery
PRESIDING JUDGE'S COPY
United States Bankruptcy Court
Central District of California

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/5/2020 | PERLA D. CUEVAS | /s/Perla D. Cuevas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

# (CORRECTED) LODGED ORDER

Christopher R. Dryden, Esq. (SBN 234476)
R. Michael Ghilezan, Esq. (SBN 282340)
Joshua Herndon, Esq. (SBN244106)
**GLOBAL LEGAL LAW FIRM**
380 Stevens Avenue, Suite 311
Solana Beach, California 92075
Tel.:    (888) 846-8901
Fax:    (888) 846-8902
Email: mghilezan@attorneygl.com

Attorneys for Creditors WILLIAM HARTER,
MONICA HARTER, and HELP THE ONE, INC.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ULTIMATE BRANDS, INC.,<br><br>Debtor. | Case No. 8:19-bk-12516-TA<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF MONETARY SANCTIONS PURSUANT TO FRBP 9011**<br><br>Date: February 11, 2020<br>Time: 11:00 a.m.<br>Courtroom: 5B<br>Address: 411 W. Fourth Street<br>          Santa Ana, CA 92701 |

**ORDER APPROVING STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF MONETARY SANCTIONS PURSUANT TO FRBP 9011**

This matter having come before the Court on the parties' Stipulation re Dismissal of Creditors' Amended Motion Requesting Imposition of Monetary Sanctions Pursuant to FRBP 9011 (the "Stipulation"), and the Court being otherwise advised, it is:

1

ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED THAT the Motion Requesting Imposition of Monetary Sanctions Pursuant to FRBP 9011 (ECF No. 296), and the Amended Motion Requesting Imposition of Monetary Sanctions Pursuant to FRBP 9011 (ECF No. 318, and together with ECF No. 296, the "Motion") is dismissed with prejudice.

IT IS FURTHER ORDERED THAT neither creditors William Harter, Monica Harter, and Help the One, Inc.; nor Mr. Richard A. Marshack in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Ultimate Brands Inc.; nor secured creditor 660 BVD, LLC; shall be deemed a prevailing party for purposes of LBR 7054-1(b).

IT IS FURTHER ORDERED THAT the Stipulation shall not be the basis of a request to determine a prevailing party pursuant to LBR 7054-1(b)(4).

IT IS FURTHER ORDERED THAT the February 11, 2020, hearing date with respect to the Motion is taken off-calendar as moot.

###

GLOBAL LEGAL LAW FIRM
380 STEVENS AVENUE, SUITE 311
SOLANA BEACH, CALIFORNIA 92075
(888) 846-8901

2
ORDER APPROVING STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF MONETARY SANCTIONS PURSUANT TO FRBP 9011

**Bankruptcy LODGED ORDER UPLOAD FORM**

Wednesday, February 05, 2020

Upload Again

CONFIRMATION :

You've successfully uploaded the order:
( **10175980.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Ultimate Brands Inc
- **Case Number**: 19-12516
- **Judge Initial**: TA
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 318
- **On Date**: 02/05/2020 @ 02:49 PM

Please print this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012