Christopher R. Dryden, Esq. (SBN 234476)
R. Michael Ghilezan, Esq. (SBN 282340)
Joshua Herndon, Esq. (SBN244106)
**GLOBAL LEGAL LAW FIRM**
380 Stevens Avenue, Suite 311
Solana Beach, California 92075
Tel.:    (888) 846-8901
Fax:    (888) 846-8902
Email: mghilezan@attorneygl.com

Attorneys for Creditors WILLIAM HARTER,
MONICA HARTER, and HELP THE ONE, INC.

FILED & ENTERED

FEB 05 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ULTIMATE BRANDS, INC.,<br><br>Debtor. | Case No. 8:19-bk-12516-TA<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF MONETARY SANCTIONS PURSUANT TO FRBP 9011**<br><br>Date: February 11, 2020<br>Time: 11:00 a.m.<br>Courtroom: 5B<br>Address: 411 W. Fourth Street<br>               Santa Ana, CA 92701 |

This matter having come before the Court on the parties' Stipulation re Dismissal of Creditors' Amended Motion Requesting Imposition of Monetary Sanctions Pursuant to FRBP 9011 (the "Stipulation"), and the Court being otherwise advised, it is:

ORDERED that the Stipulation is approved.

1

ORDER APPROVING STIPULATION RE DISMISSAL OF CREDITORS' AMENDED MOTION REQUESTING IMPOSITION OF MONETARY SANCTIONS PURSUANT TO FRBP 9011

IT IS FURTHER ORDERED THAT the Motion Requesting Imposition of Monetary Sanctions Pursuant to FRBP 9011 (ECF No. 296), and the Amended Motion Requesting Imposition of Monetary Sanctions Pursuant to FRBP 9011 (ECF No. 318, and together with ECF No. 296, the "Motion") is dismissed with prejudice.

IT IS FURTHER ORDERED THAT neither creditors William Harter, Monica Harter, and Help the One, Inc.; nor Mr. Richard A. Marshack in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of Ultimate Brands Inc.; nor secured creditor 660 BVD, LLC; shall be deemed a prevailing party for purposes of LBR 7054-1(b).

IT IS FURTHER ORDERED THAT the Stipulation shall not be the basis of a request to determine a prevailing party pursuant to LBR 7054-1(b)(4).

IT IS FURTHER ORDERED THAT the February 11, 2020, hearing date with respect to the Motion is taken off-calendar as moot.

###

Date: February 5, 2020

Theodor C. Albert
United States Bankruptcy Judge