D. EDWARD HAYS, #162507
ehays@marshackhays.com
TINHO MANG, #322146
tmang@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

ULTIMATE BRANDS, INC.,

Debtor.

Case No. 8:19-bk-12516-TA

Chapter 7

NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS LLP

[NO HEARING REQUIRED]

NOTICE IS HEREBY GIVEN that effective April 1, 2020, the hourly rates charged by Marshack Hays LLP will increase as follows:

| ATTORNEYS | PRESENT RATE | INCREASED RATE |
|---|---|---|
| Richard A. Marshack | $650.00 | $650.00 |
| D. Edward Hays | $650.00 | $650.00 |
| Chad V. Haes | $450.00 | $470.00 |
| David A. Wood | $450.00 | $470.00 |
| Kristine A. Thagard | $530.00 | $550.00 |
| Matthew W. Grimshaw | $500.00 | $550.00 |
| Judith E. Marshack | $410.00 | $410.00 |
| Laila Masud | $350.00 | $370.00 |
| Tinho Mang | $300.00 | $320.00 |

1

NOTICE OF INCREASED HOURLY RATES

4847-2042-5140, v. 1

| PARAPROFESSIONALS | | |
|---|---|---|
| Pamela Kraus | $270.00 | $270.00 |
| Chanel Mendoza | $240.00 | $250.00 |
| Layla Buchanan | $240.00 | $250.00 |
| Cynthia Bastida | $240.00 | $250.00 |
| Kathleen Frederick | $175.00 | $175.00 |

DATED:  February 11, 2020                    MARSHACK HAYS LLP


By: _/s/ Tinho Mang_____
     D. EDWARD HAYS
     TINHO MANG
     Attorneys for Chapter 7 Trustee,
     RICHARD A. MARSHACK

NOTICE OF INCREASED HOURLY RATES
4847-2042-5140, v. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF INCREASED HOURLY RATES CHARGED BY MARSHACK HAYS LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 12, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **February 12, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**MAIL REDIRECTED TO TRUSTEE 08/13/19**
**DEBTOR**
ULTIMATE BRANDS INC
~~30821 SEMINOLE PL~~
~~LAGUNA NIGUEL, CA 92677-2456~~

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  _ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 12, 2020 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Andrew K Alper     aalper@frandzel.com, rsantamaria@frandzel.com
- Dana M Andreoli     dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- Keith Patrick Banner     kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- David M Blau     dblau@clarkhill.com
- Frank Cadigan     frank.cadigan@usdoj.gov
- Caroline Djang     caroline.djang@bbklaw.com, evelyn.gomez@bbklaw.com;sansanee.wells@bbklaw.com
- Timothy W Evanston     tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Norma V Garcia     ngarciaguillen@garciarainey.com
- Michael J Hauser     michael.hauser@usdoj.gov
- M. Jonathan Hayes     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- D Edward Hays     ehays@marshackhays.com, 8649808420@filings.docketbird.com
- Joshua J Herndon     jherndon@attorneygl.com, pcuevas@attorneygl.com
- Brian D Huben     hubenb@ballardspahr.com, carolod@ballardspahr.com
- Nicholas S Kanter     nkanter@lewitthackman.com
- Andy Kong     Kong.Andy@ArentFox.com
- Tinho Mang     tmang@marshackhays.com, 8444806420@filings.docketbird.com
- Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com
- Robert S Marticello     Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Eric A Mitnick     MitnickLaw@aol.com, mitnicklaw@gmail.com
- Douglas M Neistat     dneistat@gblawllp.com, mramos@gblawllp.com
- Ernie Zachary Park     ernie.park@bewleylaw.com
- Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Jeremy H Rothstein     jrothstein@gblawllp.com, mramos@gblawllp.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Julie J Villalobos     julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
- Larry D Webb     Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood     dwood@marshackhays.com, 8649808420@filings.docketbird.com
- Ryan D Zick     rzick@ppplaw.com, kstewart@ppplaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.