| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RICHARD A. MARSHACK<br>rmarshack@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>Chapter 7 Trustee<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>ULTIMATE BRANDS, INC.,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-12516-TA<br>CHAPTER: 7<br><br>**NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE**<br><br>[No hearing unless requested under LBR 9013-1(o)] |
|---|---|

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is 05/31/2022  .

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*　　　　　　　　　　　　　　　Page 1　　　　　　　　　　**F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

3. Cash disbursements period: 01/01/2020 to 03/31/2020 .
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 02/24/2020

/s/ Richard A. Marshack
*Signature of the chapter 7 trustee or the trustee's attorney*

Richard A. Marshack
*Printed name of the chapter 7 trustee or the trustee's attorney*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

## DECLARATION OF TRUSTEE

I, Richard A. Marshack, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/24/2020 | Richard A. Marshack | /s/ Richard A. Marshack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*   Page 3   **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

On June 28, 2019, the Debtor filed a voluntary petition under Chapter 11 of Title 11. On August 8, 2019, the UST filed a notice of appointment, appointing Richard A. Marshack ("Trustee") as the Chapter 11 Trustee. On August 22, 2019, Trustee filed an emergency motion to convert the case to chapter 7 ("Convert Motion"). On August 29, 2019, the Court entered an order granting the Convert Motion.

Pre-petition, Debtor was operating five men's salons known as 18|8 Fine Men's Salon. Trustee was contacted by several employees asking if W2s would be provided. Trustee was advised that Cynthia Diaz, owner of Soluorient, had access to the payroll information, had previously handled W2s pre-petition and could prepare and file the requisite payroll and 1099 documents.

Trustee retained Soluorient to prepare employee W2s, 1099s and related payroll tax returns for 2019. Soluorient was previously retained by Debtor to provide certain bookkeeping and payroll related services.

Through this motion, I seek an order authorizing payment to Soluorient a fixed fee of $600 for services to prepare the documents plus costs in the amount of $578.52 as set forth in the invoice attached.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 4    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other: _____

$ _____ Other: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 5     **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

$ _____ Other: _____

$ _____ Other: _____

$ _____ Other: _____

**Total:** $ 0.00_____ Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

$_____ Locksmith Services

$_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

$_____ Advertising Sale of Assets

$_____ Books and Records Destruction Costs

$_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

$_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

$ 1,178.52_____ Other: Prepare W2s, 1099s, and related documents

$_____ Other: _____

$_____ Other: _____

**Total:** $ 1,178.52_____ Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

I required assistance from Soluorient to prepare employee W2s, 1099s and related payroll tax returns for 2019. Soluorient was previously retained by Debtor to provide certain bookkeeping and payroll related services.

Through this motion, I seek an order authorizing payment to Soluorient a fixed fee of $600 for services to prepare the documents plus costs in the amount of $578.52 as set forth in the invoice attached.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                Page 6                **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**Soluorient**
1026 W El Norte Pkwy Ste 216
Escondido, CA 92026
7602948727

# INVOICE

# Soluorient
/sə'l'ôrē͵ənt/

| | |
|---|---|
| **Invoice #** | SS090 |
| **Invoice Date** | 02/22/20 |
| **Amount Due:** | $1,178.52 |

**Bill To:**
Bankruptcy Estate of Ultimate Brands
United States

| Due Date | Terms | P.O. Number | Sales Rep |
|---|---|---|---|
| 02/22/20 | Due upon receipt | NA | Cynthia Diaz |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Annual Tax & Accounting | W-2s and 1099s Filing Fees | 1 | $578.52 | $578.52 |
| Annual Tax & Accounting | Labor to Prepare W-2s and 1099s | 1 | $600.00 | $600.00 |

Breakdown of the charges to have the W2s and 1099s filed and mailed is attached

| | |
|---|---|
| Subtotal: | $1,178.52 |
| Sales Tax: | **$0.00** |
| Total: | $1,178.52 |
| Payments: | $0.00 |
| **Amount Due:** | $1,178.52 |

To pay online, go to https://app.bill.com/p/soluorient

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/25/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/25/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/25/2020 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                            Page 7                              F 2016-2.2.MOTION.TRUSTEE.DISBURSE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Andrew K Alper     aalper@frandzel.com, rsantamaria@frandzel.com
- Dana M Andreoli    dandreoli@steyerlaw.com, sleshin@steyerlaw.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- David M Blau    dblau@clarkhill.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Caroline Djang    caroline.djang@bbklaw.com, evelyn.gomez@bbklaw.com;sansanee.wells@bbklaw.com
- Timothy W Evanston    tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Norma V Garcia    ngarciaguillen@garciarainey.com
- Michael J Hauser    michael.hauser@usdoj.gov
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- D Edward Hays    ehays@marshackhays.com, 8649808420@filings.docketbird.com;cmendoza@marshackhays.com
- Joshua J Herndon    jherndon@attorneygl.com, pcuevas@attorneygl.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Nicholas S Kanter    nkanter@lewitthackman.com
- Andy Kong    Kong.Andy@ArentFox.com
- Tinho Mang    tmang@marshackhays.com, 8444806420@filings.docketbird.com;cmendoza@marshackhays.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Douglas M Neistat    dneistat@gblawllp.com, mramos@gblawllp.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Jeremy H Rothstein    jrothstein@gblawllp.com, mramos@gblawllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Julie J Villalobos    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- David Wood    dwood@marshackhays.com, 8649808420@filings.docketbird.com
- Ryan D Zick    rzick@ppplaw.com, kstewart@ppplaw.com


2. **SERVED BY UNITED STATES MAIL**:  continued:

**MAIL REDIRECTED TO TRUSTEE 08/13/19**
**DEBTOR**
ULTIMATE BRANDS INC
30821 SEMINOLE PL
LAGUNA NIGUEL, CA 92677-2456

**20 LARGEST CREDITOR**
APPLEGATE
C/O DILLON GERARDI
5872 OWENS AVE STE 200
CARLSBAD, CA 92008-5518

**20 LARGEST CREDITOR**
AVITUS
PO BOX 2506
BILLINGS, MT 59103-2506

**20 LARGEST CREDITOR / POC ADDRESS**
AVITUS
175 N 27TH ST, STE 800
BILLINGS, MT 59101

**20 LARGEST CREDITOR**
BLD CAPITAL
20377 SW ACACIA ST FLOOR 2
NEWPORT BEACH, CA 92660-0780

**20 LARGEST CREDITOR**
BLD CAPITAL, LLC
GARCIA RAINEY BLANK & BOWERBANK LLP
695 TOWN CENTER DR #700
COSTA MESA, CA 92626-7187

**20 LARGEST CREDITOR / SECURED CREDITOR**
CENTERPOINTE GROUP LLC
C/O FITZGERALD YAP KREIDTOR LLP
2 PARK PLAZA STE 850
IRVINE, CA 92614-2521

**20 LARGEST CREDITOR**
CURTIS LOEB
C/O DAVID GURNICK
16633 VENTURA BLVD #1100
ENCINO, CA 91436-1865

**20 LARGEST CREDITOR**
CURTIS LOEB
C/O EVAN GOLDMAN
101 EISENHOWER PKWY STE 412
ROSELAND, NJ 07068-1055

**20 LARGEST CREDITOR**
DILLON GERARDI
5872 OWENS AVE STE 200
CARLSBAD, CA 92008-5518

**20 LARGEST CREDITOR**
DJ BUNCE ASSOC INC
C/O GLOBAL LEGAL LAW FIRM
380 STEVENS AVE STE 311
SOLANA BEACH, CA 92075-2069

**20 LARGEST CREDITOR**
DWIGHT TESKE AND JOAN TESKE
ARISTOCRATIC SALONS INC
C/O GHILEZAN LAW FIRM
1801 CENTURY PARK E STE 2400
LOS ANGELES, CA 90067-2326

**20 LARGEST CREDITOR / POC ADDRESS**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**20 LARGEST CREDITOR / POC ADDRESS**
GRIFFITHS ORGANIZATION
30821 SEMINOLE PL
LAGUNA NIGUEL, CA 92677-2456

**20 LARGEST CREDITOR**
HAKTAN YASAR KILIC
NORDEAN LAW GROUP
245 FISCHER AVE STE D1
COSTA MESA, CA 92626-4539

**20 LARGEST CREDITOR / POC ADDRESS**
HAPPY ROCK MERCHANT SOLUTIONS LLC
560 SYLVAN AVE STE 3030
ENGLEWOOD CLIFFS, NJ 07632-3181

**20 LARGEST CREDITOR / POC ADDRESS**
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**20 LARGEST CREDITOR**
JOHN SHAW AND MIDORI SHAW
SHIPSHAPE COLL OF FITCHBURG
DAVID GURNICK, LEWITT HACKMAN
16633 VENTURA BLVD, FL 11
ENCINO, CA 91436

**20 LARGEST CREDITOR**
JOHN SHAW AND MIDORI SHAW
C/O GARNER & GINSBURG PA
43 MAIN STREET SE SUITE 500
MINNEAPOLIS, MN 55414-1049

**20 LARGEST CREDITOR**
MICHAEL PATTERSON,
WHEATSTRONG ENT
DADY & GARDNER PA
5100 IDS CENTER
80S 8TH ST
MINNEAPOLIS, MN 55402-2100

**20 LARGEST CREDITOR**
REGENCY CENTERS
C/O GLOBAL LEGAL LAW FIRM
380 STEVENS AVE STE 311
SOLANA BEACH, CA 92075-2069

**20 LARGEST CREDITOR / POC ADDRESS**
SCOTT GRIFFITHS
30821 SEMINOLE PL
LAGUNA NIGUEL, CA 92677-2456

**20 LARGEST CREDITOR**
WILLIAM HARTER AND MONICA HARTER
HELP THE ONE INC
C/O FRANCHISE LEGAL SUPPORT
30700 RUSSELL RANCH RD STE 250
THOUSAND OAKS, CA 91362-9507

**20 LARGEST CREDITOR**
WILLIAM HARTER AND MONICA HARTER
HELP THE ONE INC
C/O GHILEZAN LAW FIRM
1801 CENTURY PARK E STE 2400
LOS ANGELES, CA 90067-2326

**SECURED CREDITOR**
MAXIM COMMERCIAL CAPITAL LLC LLC
11620 WILSHIRE BLVD STE 540
LOS ANGELES, CA 90025-1778